AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

BARBARA A. WILHELM

## SUMMONS IN A CIVIL CASE

V.

COMMONWEALTH OF PA., PENNSYLVANIA STATE POLICE,
Colonel Paul J. Evanko, Commissiner,
Leiutenant Colonel Thomas K. Coury,
Capitain Michael D. Simmers,
  Defendants

CASE NUMBER: 1:01-CV-1057
Judge Rambo

**FILED
HARRISBURG

AUG 13 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK**

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Pringle, Jr. Esq.
3601 North Progress Avenue, Suite 200
Harrisburg, Pa. 17110
(717) 909-8520

an answer to the complaint which is herewith served upon you, within ____(20) Twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Mary E. D'Andrea, Clerk | June 14, 2001 |
| CLERK | DATE |
| *George T. Gardner* (signature) | |
| (BY) DEPUTY CLERK George T. Gardner | |

# Office of the Sheriff



| | | |
|---|---|---|
| **Mary Jane Snyder**<br>Real Estate Deputy<br><br>**William T. Tully**<br>Solicitor | | J. Daniel Basile<br>Chief Deputy<br><br>Michael W. Rinehart<br>Assistant Chief Deputy |

Dauphin County
Harrisburg, Pennsylvania 17101
ph: (717) 255-2660   fax: (717) 255-2889

**Jack Lotwick**
Sheriff

**Commonwealth of Pennsylvania**   :

**County of Dauphin**   :

Sheriff's Return

No. 1057-CV -01- -2001

AND NOW: July 20, 2001   at   8:50AM served the within

SUMMONS & COMPLAINT                              upon

EVANKO PAUL J COLONEL                    by personally handing
COMMISSIONER
to             DEFENDANT                 1 true attested copy(ies)

of the original       SUMMONS & COMPLAINT            and making known

to him/her the contents thereof at 1800 ELMERTON AVE
                                   HBG, PA   00000-0000

DEFENDANT WAS INITIALLY SERVED WITH ONLY ONE COPY DUE TO DEPUTY ERROR.
LATER THAT SAME DAY THE OTHER COPY WAS SERVED TO MARIE KELLY, SECURITY
OFFICER, BY DEPUTY COOK & DEPUTY QUIGLEY AT 1345 HRS.

So Answers,

*J R Lotwick* (signature)

Sheriff of Dauphin County, Pa.

KM/PL

Plaintiff: WILHELM BARBARA A

Sheriff's Costs: $0.00 PD 00/00/0000 RCPT NO

# Office of the Sheriff



Mary Jane Snyder
Real Estate Deputy

William T. Tully
Solicitor

J. Daniel Basile
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
Harrisburg, Pennsylvania 17101
ph: (717) 255-2660   fax: (717) 255-2889

### Jack Lotwick
Sheriff

**Commonwealth of Pennsylvania** :

**County of Dauphin** :

Sheriff's Return

No. 1057-CV -01- -2001

AND NOW: July 20, 2001    at  8:50AM served the within

SUMMONS & COMPLAINT                       upon

COURY THOMAS K LEIUTENANT COLONEL          by personally handing

to             DEFENDANT                1 true attested copy(ies)

of the original    SUMMONS & COMPLAINT         and making known

to him/her the contents thereof at 1800 ELMERTON AVE
                                   HBG, PA   00000-0000

So Answers,

*J R Lotwick*

Sheriff of Dauphin County, Pa.

KM/PL

Plaintiff: WILHELM BARBARA A

Sheriff's Costs: $105.25 PD 7-10-01   RCPT NO 151786

# Office of the Sheriff



Mary Jane Snyder
Real Estate Deputy

William T. Tully
Solicitor

J. Daniel Basile
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
Harrisburg, Pennsylvania  17101
ph: (717) 255-2660    fax: (717) 255-2889

**Jack Lotwick**
Sheriff

**Commonwealth of Pennsylvania**        :

**County of Dauphin**                   :

                Sheriff's Return

                No. 1057-CV -01- -2001

```
AND NOW: July 20, 2001     at   8:50AM served the within

SUMMONS & COMPLAINT                      upon

SIMMERS MICHAEL D CAPTAIN                by personally handing

to              DEFENDANT                1  true attested copy(ies)

of the original    SUMMONS & COMPLAINT         and making known

to him/her the contents thereof at 1800 ELMERTON AVE
                                   HBG, PA   00000-0000




                                       So Answers,

                                       J R Lotwick
                                       _____
                                       Sheriff of Dauphin County, Pa.

KM/PL

Plaintiff: WILHELM BARBARA A


Sheriff's Costs: $0.00 PD 00/00/0000 RCPT NO
```