IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, | CIVIL NO. 1:CV-01-1057 |
| Plaintiff | |
| v. | FILED<br>HARRISBURG, PA |
| COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS, | AUG 1 5 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |
| Defendants | |

**ORDER**

**AND NOW**, this 15 day of August, 2001, upon consideration of Defendants' motion for enlargement of time to respond to the complaint, the motion is **GRANTED**. Defendants shall file and serve their response to the complaint on or before August 31, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 15, 2001


Re:   1:01-cv-01057   Wilhelm v. Commonwealth of PA


True and correct copies of the attached were mailed by the clerk to the following:

    Nathan C. Pringle Jr., Esq.
    3601 N. Progress Avenue
    Suite 200
    Harrisburg, PA   17110

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120


cc:
| | | | |
|---|---|---|---|
| Judge | (X) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( ) DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

                                                    MARY E. D'ANDREA, Clerk

```
```

DATE: August 15th, 2001                                    BY: _____
                                                                Deputy Clerk