IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM, | : | |
| Plaintiff | : | |
| v. | : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.; PENNSYLVANIA STATE POLICE; COLONEL PAUL J. EVANKO, COMMISSIONER; LIEUTENANT COLONEL THOMAS K. COURY; and CAPTAIN MICHAEL. D. SIMMERS, | : | (JUDGE RAMBO) |
| Defendants | : | |

FILED
HARRISBURG

SEP 0 4 2001

MARY E. D'ANDREA, CLE[RK]
Per_____
DEPUTY CLERK

## AMENDED CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 4, 2001, I caused to be served a copy of the document entitled **Answer,** by depositing same in the United States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania, upon the following:

Nathan C. Pringle, Jr., Esquire
3601 North Progress Av., Suite 200
Harrisburg, PA  17110

                                                                 **SUSAN J. FORNEY**
                                                                 **Chief Deputy Attorney General**
                                                                 **I.D. No. 27744**