15
3-1-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  : CIVIL NO. 1:CV-01-1057

    Plaintiff  :

v.  :

COMMONWEALTH OF
PENNSYLVANIA; PENNSYLVANIA
STATE POLICE; COL. PAUL J.
EVANKO, COMMISSIONER;
LT. COL. THOMAS K. COURY;
and CPT. MICHAEL D. SIMMERS,  :

    Defendants  :



FILED
MAR 0 1 2002
PER MA
HARRISBURG, PA DEPUTY CLERK

## ORDER

    Upon consideration of Plaintiff's motion for extension of time, and noting Defendants' concurrence, **IT IS HEREBY ORDERED THAT:**

    1) The motion is granted.

    2) The deadline for completion of discovery is extended to March 30, 2002.

    3) Dispositive motions <u>and</u> supporting briefs shall be filed no later than April 15, 2002.

    4) All motions <u>in limine</u>, if any, accompanied by supporting briefs, shall be filed no later than <u>June 3, 2002</u>.

    5) Pretrial memoranda shall be filed on or before noon on Wednesday, June 19, 2002, in conformity with the local rules.

6) The pretrial conference is <u>rescheduled</u> from May 30, 2002 to 9:00 a.m. on Wednesday, June 26, 2002, in the chambers of Courtroom No. 3.

7) This case is removed from the June 2002 trial list and placed on the July 2002 trial list. Jury selection for cases on the July list will begin at 9:30 a.m. on Monday, July 1, 2002 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: March  /  , 2002.