ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>    Plaintiff | : | |
| v. | : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>    Defendants | : | (JUDGE RAMBO) |

FILED
HARRISBURG
MAR 0 1 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Pursuant to Fed.R.Civ.P. 6(b), defendants hereby move the Court to enlarge the deadline for filing dispositive motions until April 15, 2002. In support of this motion defendants state as follows:

1. This case alleges employment discrimination and retaliation against the Pennsylvania State Police and three current or former State Police officers.

2. This case is presently on the June 2002 trial list with a discovery deadline of February 28 and a dispositive motions deadline of March 15.

3. Today, plaintiff with the concurrence of defendants moved to

enlarge the discovery period until March 30, 2002.

4. If the Court grants that motion without also extending the dispositive motion deadline, such motions would have to be filed before discovery is completed.

5. By this motion, defendants are requesting the Court to extend the deadline for filing dispositive motions until April 15, 2002, if the motion to extend discovery is granted.

**WHEREFORE,** defendants respectfully request the Court to enlarge the deadline for filing dispositive motions until April 15, 2002.

                              **Respectfully submitted,**

                              **D. MICHAEL FISHER**
                              Attorney General

BY: _____
         **SUSAN J. FORNEY**
         **Chief Deputy Attorney General**
         I.D. No. 27744

**Office of Attorney General**
**Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9831**

**DATED: March 1, 2002**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM, :
    Plaintiff :
:
v. : NO. 1:CV-01-1057
:
COMMONWEALTH OF PA.; : (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE; :
COLONEL PAUL J. EVANKO, :
COMMISSIONER; LIEUTENANT :
COLONEL THOMAS K. COURY; and :
CAPTAIN MICHAEL. D. SIMMERS, :
    Defendants :

## CERTIFICATE OF CONCURRENCE

Counsel for defendants called counsel for plaintiff to obtain his concurrence in the foregoing motion, which he gave.

                                                                             SUSAN J. FORNEY
                                                                             **Chief Deputy Attorney General**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>　　Plaintiff | :<br>:<br>: |
| v. | : NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>　　Defendants | :<br>: (JUDGE RAMBO)<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on March 1, 2002, I caused to be served by first class mail a copy of the foregoing upon the following:

Nathan C. Pringle, Jr., Esquire
3601 North Progress Ave., Suite 200
Harrisburg, PA  17110

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**SUSAN J. FORNEY**
　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Deputy Attorney General**
　　　　　　　　　　　　　　　　　　　　　　　　　I.D. No. 27744