IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, | CIVIL NO. 1:CV-01-1057 |
| Plaintiff | |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS, | |
| Defendants | |



FILED
APR - 2 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

The background of this order is as follows:

On October 11, 2001, a joint case management order was issued in the captioned action setting deadlines in this case. In that order, counsel were advised that changes in the scheduling would not be granted except "under exceptional circumstances . . . . Furthermore, all requests for extensions of the discovery deadline must be made at least thirty (30) days prior to the expiration of the discovery period."

On February 28, 2002, Defendants filed a motion to enlarge the deadline for filing dispositive motions. On March 1, 2002, Plaintiff filed a motion to extend discovery. By order dated March 1, 2002, these motions were granted. Now before the court is a concurred in motion for another extension of discovery and all pretrial deadlines. No legitimate reason is given for such request.

**IT IS THEREFORE ORDERED THAT** the motion for extension of discovery and all pretrial deadlines is **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2002.