ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | :<br>:<br>: |
| v. | : NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | :<br>: (JUDGE RAMBO)<br>:<br>:<br>:<br>:<br>: |

FILED
APR 1 0 2002
MARY E. D'ANDREA, C
Per

## AMENDED CERTIFICATE OF CONCURRENCE

This is to advise the Court that on April 10, 2002, the undersigned spoke with plaintiff's counsel, Nathan C. Pringle, Jr., who advised that he concurred in Defendants' Motion to Exceed 15 Page Limit on Memorandum in Support of Defendants' Motion for Summary Judgment.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: _____
SUSAN J. FORNEY
Chief Deputy Attorney General
I.D. No. 27744

Office of Attorney General
Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 787-9831

DATED: April 10, 2002

## **CERTIFICATE OF SERVICE**

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on April 10, 2002, I caused to be served a copy of the foregoing document entitled **Amended Certificate of Concurrence,** by depositing same in the Untied States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania upon the following:

**Nathan C. Pringle, Jr., Esquire**
**3601 N. Progress Avenue, Suite 200**
**Harrisburg, PA 17110**

*[signature]*
**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**I.D. No. 27744**