

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | :<br>:<br>: |
| v. | :   NO. 1:CV-01-1057<br>: |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | :   (JUDGE RAMBO)<br>:<br>:<br>:<br>:<br>:<br>: |



## ORDER

AND NOW, this 12 day of April, 2002, upon consideration of defendants' motion to grant the parties leave to file briefs in excess of the 15 page limit in connection with defendants' motion for summary judgment, the motion is **GRANTED.** The parties may file memoranda in connection with defendants' motion for summary judgment, each not to exceed 30 pages.

SYLVIA H. RAMBO
United States District Judge