

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, | : |
| Plaintiff | : |
| v. | : NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.; | : (JUDGE RAMBO) |
| PENNSYLVANIA STATE POLICE; | : |
| COLONEL PAUL J. EVANKO, | : |
| COMMISSIONER; LIEUTENANT | : |
| COLONEL THOMAS K. COURY; and | : |
| CAPTAIN MICHAEL. D. SIMMERS, | : |
| Defendants | : |

FILED
APR 1 6 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

## ORDER

AND NOW, this   day of April, 2002 upon consideration of defendants' motion for an enlargement of 1 day in which to file their motion for summary judgment, supporting documentation and legal memorandum, the motion is **GRANTED**. Defendants may file their motion for partial summary judgment, the supporting documentation and legal memorandum on April 16, 2002.

SYLVIA H. RAMBO
United States District Judge

DATE: 4/16/02