

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>    Plaintiff | : <br> : <br> : |
| v. | :    NO. 1:CV-01-1057 <br> : |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>    Defendants | :    (JUDGE RAMBO) <br> : <br> :    FILED <br> :    HARRISBURG <br> : <br> :    APR 16 2002 <br> : <br> :    MARY E. D'ANDREA, CLERK <br> :    Per _____ DEPUTY CLERK |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 defendants hereby move for partial summary judgment on the grounds that there are no genuine issues of material fact and defendants' are entitled to judgment as a matter of law on the following claims: (1)all claims under the Pennsylvania Human Relations Act, Pa. Stat. Ann., tit. 43, §955 (Purdon's 1991); (2) all claims under the Whistleblower Law, Pa. Stat. Ann., tit. 43, §1421 *et seq.*; (3) all claims under the Equal Pay Act, 29 U.S.C. §206(d); (4) all claims against the individual defendants based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*; (5) all Title VII claims against the State Police based of the failure to promote plaintiff and based on her dismissal.

In support of this motion defendants rely on the docket and pleadings in this action and on the evidentiary material and memorandum of law they file with this motion.

**WHEREFORE,** defendants request the Court to grant summary judgment in their favor on: (1) all claims under the Pennsylvania Human Relations Act, Pa. Stat. Ann., tit. 43, §955 (Purdon's 1991); (2) all claims under the Whistleblower Law, Pa. Stat. Ann., tit. 43, §1421 *et seq.*; (3) all claims under the Equal Pay Act, 29 U.S.C. §206(d); (4) all claims against the individual defendants based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*; (5) all Title VII claims against the State Police based on the failure to promote plaintiff and based on her dismissal.

                                          **Respectfully submitted,**

                                          **D. MICHAEL FISHER**
                                          **Attorney General**

BY: _____
       **SUSAN J. FORNEY**
       **Chief Deputy Attorney General**
       **I.D. No. 27744**

**Office of Attorney General**
**Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9831**

**DATED: April 16, 2002**

## CERTIFICATE OF NONCONCURRENCE

I hereby certify that plaintiff's counsel, Nathan C. Pringle, Jr., was contacted with regards to the foregoing motion. He does not concur.

SUSAN J. FORNEY
**Chief Deputy Attorney General**

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on April 16, 2002, I caused to be served a copy of the foregoing document entitled **Defendants' Motion for Partial Summary Judgment**, by depositing same in the Untied States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania upon the following:

Nathan C. Pringle, Jr., Esquire
3601 N. Progress Avenue, Suite 200
Harrisburg, PA 17110

SUSAN J. FORNEY
**Chief Deputy Attorney General**
I.D. No. 27744