

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | : | |
| v. | : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | : | (JUDGE RAMBO) |

### ORDER

FILED
MAY - 7 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

Upon consideration of Plaintiff's motion for an enlargement of time to file a memorandum in opposition to defendants' motion for partial summary judgment which motion is concurred in by defendants, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the plaintiff may file a memorandum in opposition to defendants' motion for partial summary judgment on May 7, 2002.

BY THE COURT:

SYLVIA H. RAMBO
United States District Judge

DATED: 5/07/02