


ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,          :
     **Plaintiff**          :

                              :

          **v.**          :          NO. 1:CV-01-1057

                              :

COMMONWEALTH OF PA.;          :          (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE;          :
COLONEL PAUL J. EVANKO,          :
COMMISSIONER; LIEUTENANT          :
COLONEL THOMAS K. COURY; and          :
CAPTAIN MICHAEL. D. SIMMERS,          :
     **Defendants**          :

FILED
HARRISBURG, PA
MAY 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

## PLAINTIFF'S CONCURRED-IN MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 6(b), Plaintiff, Barbara A. Wilhelm, by and through her attorney, Nathan C. Pringle, Jr., respectfully requests an enlargement of time of 1 day, to and including May 8, 2002, to file Plaintiff's Memorandum In Opposition To Defendant's Motion For Partial Summary Judgement, and in support thereof, sets forth the following:

1.    This action alleges sex discrimination and retaliation in connection with plaintiff's employment with the Pennsylvania State Police.

2.    The complaint raises numerous factual and legal issues including discrimination in compensation under the Equal Pay Act, 29 U.S.C. §206(d)

and the Pennsylvania Human Relations Act, 43 Pa. C. S. §955; discrimination in the conditions of employment under Title VII and the Pennsylvania Human Relations Act; discrimination and retaliation in connection with two promotions under Title VII, the Pennsylvania Human Relations Act and the Pennsylvania Whistleblower Law and discrimination and retaliation under the same statutes in connections with plaintiff's dismissal.

3.    On April 16, 2002, defendants mailed a motion for partial summary judgement, addressing all but one of these claims, to plaintiff's counsel.

4.    Defendants' accompanying memorandum was 30 pages.

5.    This case involves approximately fifteen depositions, hundreds of pages of exhibits and complex issues of law.

6.    Plaintiff's memorandum in opposition defendant's motion for partial summary judgment was due on May 6, 2002.

7.    This Court previously granted plaintiff's motion for an enlargement of time of 1 day.

8.    Due to unforeseen circumstances plaintiff's memorandum could not be submitted on May 7, 2002.

9.    The Court's office was notified of this circumstance on May 7, 2002.

10.    The requested enlargement of time is small and will not substantially delay the disposition of this matter nor will it prejudice the defendants.

11.    Counsel for defendants, Susan J. Forney, has no objection to this request for an enlargement of time, as indicated on the attached certificate of concurrence.

WHEREFORE, the plaintiff, Barbara A. Wilhelm, respectfully requests an enlargement of time of 1 day, to and including May 8, 2002, to file a memorandum in opposition to defendants' motion for partial summary judgment.

Respectfully Submitted,

Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for Plaintiff

May 8, 2002

3

## <u>CERTIFICATE OF SERVICE</u>

I, Nathan C. Pringle, Jr., hereby certify that on May 8, 2002, I

caused to be delivered by first class mail a copy of the foregoing document

entitled plaintiff's concurred-in motion for an enlargement of time file a

memorandum in opposition to defendants' motion for partial summary

judgment upon the following:


Susan J. Forney
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120


_____
Nathan C. Pringle, Jr.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,              :
      **Plaintiff**                   :

                              :

       v.                   :    NO. 1:CV-01-1057

                              :

COMMONWEALTH OF PA.;     :    (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE;   :
COLONEL PAUL J. EVANKO,      :
COMMISSIONER; LIEUTENANT    :
COLONEL THOMAS K. COURY; and :
CAPTAIN MICHAEL. D. SIMMERS,  :
      **Defendants**              :

## CERTIFICATE OF CONCURRENCE

Nathan C. Pringle, Esquire, counsel for the plaintiff, certified that on May 7, 2002, he spoke with Susan J. Forney, Esquire, counsel for defendants, regarding an enlargement of file a memorandum in opposition to defendants' motion for partial summary judgment. Ms. Forney concurred in the request.

Respectfully Submitted,

_____
Nathan C. Pringle, Jr.