ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM, :
      Plaintiff :
       :
v. : NO. 1:CV-01-1057
       :
COMMONWEALTH OF PA.; : (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE; :
COLONEL PAUL J. EVANKO, :
COMMISSIONER; LIEUTENANT :
COLONEL THOMAS K. COURY; and :
CAPTAIN MICHAEL. D. SIMMERS, :
      Defendants :

FILED
HARRISBURG, PA

MAY 31 2002

MARY E. D'ANDREA, CLE[RK]
Per _____
    Deputy Clerk

**JOINT MOTION TO CONTINUE THE TRIAL
AND THE REMAINING PRETRIAL DEADLINES
UNTIL THE MOTIONS FOR SUMMARY
JUDGMENT ARE DECIDED**

    The parties hereby move the Court to continue the trial and the remaining pretrial deadlines in this matter until the pending motions for summary judgment are decided. In support of this motion the parties state as follows:

    1. This action alleges sex discrimination and retaliation in connection with plaintiff's employment in the Legislative Affairs Office of the Pennsylvania State Police.

    2. Plaintiff is Barbara A. Wilhelm.

    3. Defendants are the Pennsylvania State Police, Commissioner Paul J. Evanko, former Lieutenant Colonel Thomas K. Coury and Captain Michael D.

Simmers.

4. Plaintiff contends that she suffered discrimination in her pay, she was not recommended for promotions based on her sex and that she was dismissed based on her sex.

5. Plaintiff also claims that the failure to recommend her for promotions and her dismissal were retaliation for her complaints about sex discrimination.

6. Plaintiff asserts claims under the Equal Pay Act of 1963, 29 U.S.C. §206(d), Title VII of the Civil Rights Act of 1964, *as amended,* 42 U.S.C. §2000e *et seq.*, the Pennsylvania Human Relations Act, Pa. Stat. Ann., tit. 43, §955 (Purdon's 1991) ("PHRA") and the state Whistleblower Law, Pa. Stat. Ann., tit. 43, §1421 *et seq.* (Purdon's 1991).

7. This case is currently on the Court's July trial list with numerous pretrial deadlines set in June.

8. The parties' motions in limine are due June 3, the pretrial conference of counsel should occur soon thereafter, pretrial memoranda are due June 19 and the pretrial conference is scheduled on June 26.

9. In mid-April the parties filed cross-motions for summary judgment.

10. The motions, if granted in any respect, would dispose of significant issues in the case and substantially affect the scope of matters to be tried.

11. Briefing on the motions was completed on May 22.

12. Counsel believe it would best serve the interests of their clients to delay final trial preparations until after the motions for summary judgment are decided.

13. In that way counsel can focus their efforts and their pretrial filings on the issues that will actually be tried.

14. Counsel believe that under these circumstances continuing the trial will conserve their clients' resources and promote the interests of judicial economy.

**WHEREFORE,** the parties respectfully request the Court to continue the trial and the remaining pretrial deadlines until after the pending motions for summary judgment have been decided.

                                        Respectfully submitted,

                                        D. MICHAEL FISHER
                                        Attorney General

BY:                                _____
                                        SUSAN J. FORNEY
                                        Chief Deputy Attorney General
                                        I.D. No. 27744

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717)787-9831

DATED: May 31, 2002

## **CERTIFICATE OF CONCURRENCE**

I, Susan J. Forney, counsel for defendants, hereby certify that I discussed this motion with counsel for plaintiff, Nathan C. Pringle, and that he authorized me to file it on behalf of plaintiff.

                                                          **SUSAN J. FORNEY**
                                                          **Chief Deputy Attorney General**
                                                          **I.D. No. 27744**

DATE: May 31, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | NO. 1:CV-01-1057 |
| : | |
| COMMONWEALTH OF PA.; : | (JUDGE RAMBO) |
| PENNSYLVANIA STATE POLICE; : | |
| COLONEL PAUL J. EVANKO, : | |
| COMMISSIONER; LIEUTENANT : | |
| COLONEL THOMAS K. COURY; and : | |
| CAPTAIN MICHAEL. D. SIMMERS, : | |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on May 31, 2002, I caused to be served a copy of the foregoing document entitled **Joint Motion to Continue the Trial and the Remaining Pretrial Deadlines Until the Motion for Summary Judgment are Decided,** by depositing same in the Untied States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania upon the following:

Nathan C. Pringle, Jr., Esquire
3601 N. Progress Avenue, Suite 200
Harrisburg, PA 17110

_____
**SUSAN J. FORNEY**
**Chief Deputy Attorney General**

-6-