IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,

    Plaintiff

v.

COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS,

    Defendants

CIVIL NO. 1:CV-01-1057



FILED
JUN 0 4 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

Upon consideration of the parties' joint motion to continue trial and remaining pretrial deadlines, **IT IS HEREBY ORDERED THAT:**

1) The motion is **GRANTED IN PART.**

2) All motions in limine, if any, accompanied by supporting briefs, shall be filed no later than July 1, 2002.

3) Pretrial memoranda shall be filed on or before noon on Friday, July 26, 2002, in conformity with the local rules.

4) The pretrial conference is rescheduled from June 26, 2002 to 11:00 a.m. on Friday, August 2, 2002, in the chambers of Courtroom No. 3.

5) This case is removed from the July 2002 trial list and placed on the August 2002 trial list. Jury selection for cases on the August list will begin at 9:30 a.m. on Monday, August 5, 2002 in Courtroom No. 3, Eighth Floor, Federal

Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: June 4, 2002.