**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | NO. 1:CV-01-1057<br><br>(JUDGE RAMBO)<br><br>FILED<br>HARRISBURG, PA<br>JUN 0 5 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

## AMENDED CERTIFICATE OF NONCONCURRENCE

This is to advise the Court that on June 4, 2002, the undersigned spoke with plaintiff's counsel, Nathan C. Pringle, Jr., who advised that he does not concur in 1) Defendants' Motion in Limine to Exclude All Evidence Relating to 1993 Allegations of Sexual Harassment Against Defendant Simmers; and 2) Defendants' Motion in Limine to Exclude All Evidence Relating to Sex Discrimination Allegations of Sergeant McNeal — both of which were filed with the Court on June 3, 2002.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: _____
SUSAN J. FORNEY
Chief Deputy Attorney General
I.D. No. 27744

Office of Attorney General
Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 787-9831

DATED: June 5, 2002

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on June 5, 2002, I caused to be served a copy of the foregoing document entitled **Amended Certificate of Nonconcurrence,** by depositing same in the Untied States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania upon the following:

Nathan C. Pringle, Jr., Esquire
3601 N. Progress Avenue, Suite 200
Harrisburg, PA 17110

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**I.D. No. 27744**