IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  :  CIVIL NO. 1:CV-01-1057

    Plaintiff  :

v.  :

COMMONWEALTH OF  :
PENNSYLVANIA; PENNSYLVANIA
STATE POLICE; COL. PAUL J.  :
EVANKO, COMMISSIONER;
LT. COL. THOMAS K. COURY;  :
and CPT. MICHAEL D. SIMMERS,

    Defendants  :



## O R D E R

**IT IS HEREBY ORDERED THAT:**

1) The pretrial conference is rescheduled from August 2, 2002 to **Friday, August 30, 2002 at 3:30 p.m.** in the chambers of Courtroom No. 3.

2) Pretrial memoranda shall be filed no later then **noon on Friday, August 23, 2002**, in conformity with the local rules.

3) This case is removed from the August 2002 trial list and is added to the September 2002 trial list. Jury selection for cases on the September list will commence at 9:30 a.m. on Tuesday, September 3, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

      4) All other deadlines and case management provisions set forth in previous orders remain unaltered.

                                        /s/ Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: June 20, 2002.