(54)
6/28/02
MM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBRA A. WILHELM,          :        CIVIL NO.1:CV-01-1057

**Plaintiff**                :

v.                           :

**COMMONWEALTH OF**          :
**PENNSYLVANIA; PENNSYLVANIA** :
**STATE POLICE; COLONEL PAUL** :
**J. EVANKO, COMMISSIONER;**  :
**LIEUTENANT COLONEL THOMAS** :
**K. COURY; and CAPTAIN**
**MICHAEL D. SIMMERS,**      :

**Defendants**              :



FILED

JUN 2 8 2002

PER_____
HARRISBURG, PA   DEPUTY CLERK

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's motion for summary judgment is **DENIED**;

(2) Defendants' motion for summary judgment is **GRANTED IN PART and DENIED IN PART**, as follows:

(A) As to Plaintiff's claim in Count V for retaliatory discharge, the motion is **DENIED**;

(B) As to Plaintiff's claims in Counts I, II, III, IV, VII, and Plaintiff's claim of discriminatory discharge in Count V, the motion is **GRANTED**;

(3) Count VI is **DISMISSED** for lack of subject matter jurisdiction pursuant to Rule 12(h)(3);

(4) The Clerk of Court shall **STRIKE** the following parties from the case caption: Colonel Paul J. Evanko, Lieutenant Colonel Thomas K. Coury; and Captain Michael D. Simmers.

SYLVIA H. RAMBO
United States District Judge

Dated: June **28**, 2002.