IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** | CIVIL NO. 1:CV-01-1057 |
| **Plaintiff** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS,** |  |
| **Defendants** | |

## O R D E R

Before the court is Defendants' motion *in limine* to preclude evidence relating to sex discrimination allegations by Sergeant McNeal. The court notes that there are no sexual discrimination claims in the captioned case and, to the extent that it goes to the issue of fear of retaliation, the alleged perpetrator in the McNeal situation is not a defendant in this case. Accordingly, **IT IS HEREBY ORDERED THAT** Defendants' motion *in limine* is **GRANTED** and evidence of alleged sexual discrimination claimed by Sergeant McNeal is precluded.

SYLVIA H. RAMBO
United States District Judge

Dated: July 11, 2002.