IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA A. WILHELM,**           : CIVIL NO. 1:CV-01-1057

    Plaintiff                              :

    v.                                         :

**COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS,** :

    Defendants                         :



FILED
JUL 1 7 2002
PER _____ MA
HARRISBURG, PA  DEPUTY CLERK

## O R D E R

    **IT IS HEREBY ORDERED** jury selection for cases on the September list are moved from September 3, 2002, to **9:30 a.m. on Wednesday, September 4, 2002,** in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. All other deadlines and case management provisions set forth in previous orders remain unaltered.

                                               /s/ Sylvia H. Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: July  17, 2002.