

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA A. WILHELM,**

    Plaintiff

v.

**COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS,**

    Defendants

CIVIL NO. 1:CV-01-1057



## O R D E R

    **IT IS HEREBY ORDERED** that the time of the pretrial conference on August 30, 2002 is moved from 3:30 p.m. to **10:00 a.m.** in the chambers of Courtroom No. 2.

                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: August _7_, 2002.