UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  :
   Plaintiff  :
     :
v.  :  NO. 1:CV-01-1057
     :
COMMONWEALTH OF PA.,  :  (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE,  :
   Defendant  :

### ORDER

Upon consideration of Plaintiff's *nunc pro tunc* motion for an enlargement of time to file a pretrial memorandum which motion is concurred in by defendant, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the plaintiff may file her pretrial memorandum on August 26, 2002.

BY THE COURT:

SYLVIA H. RAMBO
United States District Judge

DATED: Aug. 26, 2002