Wilhelm v. Commonwealth of Pennsylvania          TIME 10:00 A.M.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE No. **1:CV-01-1057**

DATE August 30, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference **Pretrial Conference**

Time Commenced _10:00_         Time Terminated _11:10_

**PLAINTIFF:**          **APPEARANCES**          **DEFENDANT:**

Nathan Pringle Jr.          Susan J. Forney
                            Joanna N. Reynolds
                            Amanda Harrison Smith
                            Devon M. Jacob

**REMARKS**

Jury - 9/4  Trial 9/9 - may go 9/4 if criminal case pleads - Plaintiff to submit Ex 56-63 for ruling. Hazen will be permitted to testify - Brownlee + Dowling not testify. No testimony re bureau of prof. investigation. Counsel to make obj to charge on Wed.

FILED AUG 30 2002
HARRISBURG, PA   DEPUTY CLERK