IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Barbara A. Wilhelm** CASE NO. 1:01-CV-1057
V.
**Commowealth of PA., et al.** DATE: September 4th, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Jury Selection

Time Commenced: 10:55 AM    Time Terminated: 12:00 PM

**Plaintiff's Counsel:**    **Defendant's Counsel:**

Nathan C. Pringle    Susan Forney

FILED
SEP 0 4 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

| Plaintiff's Witnesses: | **Examined By:** Dir  Cross | Defendant's Witnesses: | **Examined By:** Dir  Cross |
|---|---|---|---|

**Remarks**: Court resumes with all counsel and parties present; Judge addresses court and summarizes proceeding; 16 perspective jurors called; 2 excused for cause; Counsel "voir dire" jurors; 6 peremptory challenges taken; 8 jurors seated. Trial to commence on 9/9/02 beginning at 9:30 AM.

Courtroom Deputy:   Mark Armbruster    Court Reporter: Vicki Fox