AO 189

# JURY PANEL RECORD

MA (66)
9-4-02

| DISTRICT: Middle District of Pennsylvania | CASE NUMBER: 1:01-CV-1057 |
|---|---|
| CASE TITLE: Wilhelm    V. Commonwealth of PA et al | |
| ATTORNEYS: Nathan Pringle / Susan Forney | |
| PRESIDING JUDGE: Sylvia H. Rambo | DATE DRAWN: 9-4-02 |

| NO. | NAME | P | D | C | NO | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| (1) 1 | Judy Wilson | | | | 17 | | | | |
| 2 | Mark Doyce | 3 | | | 18 | | | | |
| 3 | Kimberly Smaling / John Miller | | 1 | 1 | 19 | | | | |
| (2) 4 | Rodney Holland | MPD | | | 20 | | | | |
| (3) 5 | Bruce Trobaugh | | | | 21 | | | | |
| 6 | Mark Himes | 2 | | | 22 | | | | |
| (4) 7 | Johanna Ourff / Michael Bond | | | 2 | 23 | | | | |
| (5) 8 | Marc Aurand | | | | 24 | | | | |
| 9 | Janice Swafford | | 2 | | 25 | | | | |
| 10 | Marie Miller | | 3 | | 26 | | | | |
| (6) 11 | Sharon Miller | | | | 27 | | | | |
| (7) 12 | Holly King | | | | 28 | | | | |
| (8) 13 | Donald Bergman | | | | 29 | | | | |
| 14 | Ronald Youtz | 1 | | | 30 | | | | |
| 15 | | | | | 31 | | | | |
| 16 | | | | | 32 | | | | |

FILED
SEP 0 4 2002
PER MM
HARRISBURG, PA  DEPUTY CLERK

## ALTERNATE JURORS

| 1 | | | | | 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |