cc: court, kfk, mja

(67)
9-11-02
MA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Barbara A. Wilhelm**  CASE NO. 1:01-CV-1057
V.
**Commonwealth of PA, et al.**  DATE: September 9, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Jury Trial Day #1

Time Commenced: 9:30 AM   Time Terminated: 4:31 PM

**Plaintiff's Counsel:**   **Defendant's Counsel:**

1-Nathan Pringle, Jr.   2-Susan J. Forney



FILED SEP 9 2002 PER HARRISBURG, PA DEPUTY CLERK

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
| --- | --- | --- | --- | --- | --- |
| | Dir | Cross | | Dir | Cross |
| Richard Morris | 1 | 2 | | | |
| John Brown | 1 | 2 | | | |
| Hawthorne Conley | 1 | 2 | | | |
| Robert Hickes | 1 | 2 | | | |
| Michael Simmers | 1 | 2 | | | |
| Rose Polen | 1 | 2 | | | |
| Barbara Wilhelm | 1 | 2 | | | |

**Remarks**: Court opens with all counsel and parties present; Judge addresses counsel re. admittance of plaintiff's exhibits 53, 56, 57, 59-61; Ruling reserved; Jury brought into courtroom and sworn; Judge instructs jury; opening arguments; Plaintiff calls witnesses; Court adjourns until 9:30 am on 9/10/02.

Courtroom Deputy: Mark Armbruster   Court Reporter: Vicki Fox

cc: court, kfk, mja

## WITNESS ACTIVITY LIST
*Barbara A. Wilhelm*
*v.*
*Commonwealth of PA, et al.1:01-CV-1057*

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:41 AM | 9:51 AM | :10 | | | | | | 1 | Pringle Opening |
| 9:51 AM | 10:04 AM | :13 | | | | | | 2 | Forney Opening |
| | | | | | | | | | |
| 10:05 AM | 10:43 AM | :38 | | X | | | | 1 | Richard Morris |
| 10:43 AM | 11:09 AM | :26 | B | | X | | | 2 | Richard Morris |
| 11:20 AM | 11:21 AM | :01 | | | X | | | 2 | Richard Morris |
| 11:21 AM | 11:29 AM | :08 | | | | X | | 1 | Richard Morris |
| | | | | | | | | | |
| 11:30 AM | 11:51 AM | :21 | | X | | | | 1 | John Brown |
| 11:51 AM | 11:53 AM | :02 | | | X | | | 2 | John Brown |
| 11:53 AM | 12:15 PM | :22 | | | | X | | 1 | John Brown |
| 12:15 PM | 12:20 PM | :05 | | | | | X | 2 | John Brown |
| 12:20 PM | 12:21 PM | :01 | | | | X | | 1 | John Brown |
| | | | | | | | | | |
| 12:21 PM | 12:30 PM | :09 | L | X | | | | 1 | Hawthorne Conley |
| 1:30 PM | 1:35 PM | :05 | | X | | | | 1 | Hawthorne Conley |
| 1:36 PM | 1:36 PM | <:01 | | | X | | | 2 | Hawthorne Conley |
| 1:36 PM | 1:39 PM | :03 | | | | | | 1 | Hawthorne Conley |
| | | | | | | | | | |
| 1:40 PM | 1:58 PM | :18 | | X | | | | 1 | Robert Hickes |
| 1:58 PM | 1:59 PM | :01 | | | X | | | 2 | Robert Hickes |
| | | | | | | | | | |
| 2:00 PM | 2:07 PM | | * | X | | | | 1 | Michael Simmers |
| | | | | | | | | | |
| 2:08 PM | 2:38 PM | :30 | | X | | | | 1 | Rose Polen |
| 2:38 PM | 2:42 PM | :04 | | | X | | | 2 | Rose Polen |
| 2:42 PM | 2:44 PM | :02 | | | | X | | 1 | Rose Polen |
| | | | | | | | | | |
| 2:56 PM | 4:31 PM | | | X | | | | 1 | Barbara Wilhelm |

**Codes: B=Break, L=Lunch, *=Sidebar**