cc: court, kfk, mja

68
9-11-02
MA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Barbara A. Wilhelm**                                CASE NO. 1:01-CV-1057
        V.
**Commonwealth of PA, et al.**              DATE: September 10, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Jury Trial Day #2

Time Commenced: 9:30 AM                    Time Terminated: 4:22 PM

**Plaintiff's Counsel:**                              **Defendant's Counsel:**

1-Nathan Pringle                                    2-Susan Forney


FILED SEP 10 2002 PER HARRISBURG, PA DEPUTY CLERK

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
|---|---|---|---|---|---|
| | Dir | Cross | | Dir | Cross |
| Barbara Wilhelm | 1 | 2 | Jeffrey Miller | 2 | 1 |
| | | | Paul Evanko | 2 | 1 |
| | | | Linda Bonney | 2 | 1 |
| | | | Richard Clites | 2 | 1 |
| | | | Robert Merryman | 2 | 1 |
| | | | Garret Rain | 2 | 1 |
| | | | Thomas Coury | 2 | 1 |

**Remarks**: Court opens with all counsel and parties present; Plaintiff's witnesses continue with direct of Barbara Wilhelhm; Deposition of James Hazen read into the record; Plaintiff moves exhibits for admittance and rest case; Defendants call witnesses; court adjourns until 10:30 am on 9/11/02.

Courtroom Deputy:   Mark Armbruster                          Court Reporter: Vicki Fox

cc: court, kfk, mja

# WITNESS ACTIVITY LIST
### Barbara A. Wilhelm v. Commonwealth of PA, et al.
### 1:01-CV-1057

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 9:40 AM | :10 | | X | | | | 1 | Barbara Wilhelm |
| 9:40 AM | 10:18 AM | :38 | | | X | | | 2 | Barbara Wilhelm |
| 10:18 AM | 10:29 AM | :11 | | | | X | | 1 | Barbara Wilhelm |
| 10:33 AM | 10:45 AM | :12 | B | | | | | 1 | Deposition of James Hazen |
| | | | | | | | | | |
| 11:05 AM | 11:49 AM | :44 | | X | | | | 2 | Jeffrey Miller |
| 11:49 AM | 12:15 PM | :26 | | | X | | | 1 | Jeffrey Miller |
| 12:15 PM | 12:19 PM | :04 | | | | X | | 2 | Jeffrey Miller |
| | | | | | | | | | |
| 12:20 PM | 12:28 PM | :08 | L | X | | | | 2 | Paul Evanko |
| 1:29 PM | 1:34 PM | :05 | | X | | | | 2 | Paul Evanko |
| 1:34 PM | 1:42 PM | :08 | | | X | | | 1 | Paul Evanko |
| | | | | | | | | | |
| 1:43 PM | 2:01 PM | :18 | * | X | | | | 1 | Linda Bonney |
| 2:01 PM | 2:17 PM | :16 | | | X | | | 2 | Linda Bonney |
| | | | | | | | | | |
| 2:19 PM | 2:29 PM | :10 | | X | | | | 2 | Richard Clites |
| 2:30 PM | 2:42 PM | :12 | | | X | | | 1 | Richard Clites |
| 2:42 PM | 2:43 PM | :01 | | | | X | | 2 | Richard Clites |
| 2:43 PM | 2:46 PM | :03 | B | | | | X | 1 | Richard Clites |
| | | | | | | | | | |
| 2:59 PM | 3:03 PM | :04 | | X | | | | 2 | Robert Merryman |
| | | | | | | | | | |
| 3:04 PM | 3:37 PM | :33 | | X | | | | 2 | Garret Rain |
| 3:37 PM | 3:49 PM | :12 | | | X | | | 1 | Garret Rain |
| | | | | | | | | | |
| 3:50 PM | 4:14 PM | :24 | * | X | | | | 2 | Thomas Coury |
| 4:16 PM | 4:18 PM | :02 | | | X | | | 1 | Thomas Coury |
| | | | | | | | | | |
| | | | | | | | | | |

*Codes: B=Break, L=Lunch, *=Sidebar*