9-11-02
MA — 69

Jury Question 1.                    1:01-CV-105[7]

We need a dictionary for the purposes of defining Harassment or Discrimination

Thankyou

*Donald David Bergman*

DONALD DAVID BERGMAN

FILED
SEP 1 1 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK