cc: court, kfk, mja

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Barbara A. Wilhelm**  
       V.  
**Commonwealth of PA, et al.**

CASE NO. 1:01-CV-1057

DATE: September 11, 2002

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Jury Trial Day #3

Time Commenced: 10:30 AM      Time Terminated: 4:35 PM

**Plaintiff's Counsel:**

Nathan Pringle, Jr.

**Defendant's Counsel:**

Susan Forney

FILED SEP 1 1 2002 PER MA HARRISBURG, PA · DEPUTY CLERK

| Plaintiff's Witnesses: | Examined By: | | Defendant's Witnesses: | Examined By: | |
|---|---|---|---|---|---|
|  | Dir | Cross |  | Dir | Cross |
| Barbara Wilhelm | 1 | 2 | William Horgas | 2 | 1 |

**Remarks:** Court opens with all counsel, parties and jury present; Defendants' witnesses continue; Defendants move for admittance of exhibits and rest; Plaintiff rebuttal; closing arguments; Rebuttal; Charge; Jury sent to deliberate at 1:55 PM; Jury question at 3:30 PM addressed in court; Jury returns with a verdict at 4:30 PM in favor of the plaintiff in the amount of $250,000.00. Hearing re. equitable relief scheduled for 9/12/02 @ 10:00 AM. Court adjourns.

Courtroom Deputy: Mark Armbruster      Court Reporter: Vicki Fox

cc: court, kfk, mja

# WITNESS ACTIVITY LIST
## Barbara A. Wilhelm
### v.
## Commonwealth of PA, et al.
### 1:01-CV-1057

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 10:30 AM | 10:40 AM | :10 | | X | | | | 2 | William Horgas |
| 10:40 AM | 10:53 AM | :13 | | | X | | | 1 | William Horgas |
| | | | | | | | | | |
| 10:56 AM | 11:05 AM | :09 | | X | | | | 1 | Barbara Wilhelm |
| 11:05 AM | 11:06 AM | :01 | * | | X | | | 2 | Barbara Wilhelm |
| | | | | | | | | | |
| 11:08 AM | 11:46 AM | :38 | | | | | | 1 | Pringle Closing |
| 11:46 AM | 12:12 PM | :26 | | | | | | 2 | Forney Closing |
| 12:13 PM | 12:20 PM | :07 | | | | | | 1 | Pringle Rebuttal |
| | | | | | | | | | |
| 1:31 PM | 1:55 PM | | | | | | | | Charge |

*Codes: B=Break, L=Lunch, *=Sidebar*