1:01-CV-1057

Barbara Wilhelm v. Commonwealth of PA, et al.    9-12-02

71

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| P-1 | PSP Org. Chart | | 9-9-02 | 9-10-02 | Morris |
| P-2 | Year 1998 Diary | Jan – Dec. 1998 | | | |
| P-3 | Year 1999 Diary | Jan – Dec. 1999 | | | |
| P-4 | Year 2000 Diary | Jan. – Dec. 2000 | | | |
| P-5 | Major Morris Job Desc. | 5/19/98 | | | |
| P-6 | Capt. Simmers Job Desc | 5/19/98 | | | |
| P-7 | PSP Class Spec. Captain | 9/1/94 | | | |
| P-8 | B. Wilhelm Job Desc. | 1/25/99 | | | |
| P-9 | B. Wilhelm Employee Perf. Review | 3/97-3/98 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-10 | B. Wilhelm Employee Perf. Review | 3/98-3/99 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-11 | Harmony Ranck Job Desc. | 2/28/01 | | | |
| P-12 | BAW Employee Int. Review | 10/15/98 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-13 | BAW Addendum to Emp. Reclass | 12/20/98 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-14 | L. Bonney on Class Review | 1/25/99 | | | |
| P-15 | Job Desc. Clk Typ 2 | 4/7/99 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-16 | BAW to Morris – Attend Staff Meetings | 4/12/99 | | | |
| P-17 | BAW to Evanko Seminar | 5/4/99 | | | |
| P-18 | BAW to Morris Clerk Ethics | 5/24/99 | | | |
| P-19 | Simmers Temp to Higher Ranks | 6/12/98 10/14/98 7/30/99 7/30/99 9/9/99 | | | |
| P-20 | BPR Conley | 6/9/99 | | | |

FILED SEP 11 2002 PER ___ HARRISBURG, PA DEPUTY CLERK

1

|      |                                        |                  |          |           |                      |
|------|----------------------------------------|------------------|----------|-----------|----------------------|
|      | /Brown on Morris Complaint St          |                  |          |           |                      |
| P-21 | BPR notes Rain Invest                  | 6/10/99          |          |           |                      |
| P-22 | BAW to BPR on Survey                   | 6/21/99          | 9-9-02   | 9-10-02   | John Brown           |
| P-23 | BPR notes Rain Invest.                 | 6/29/99          |          |           |                      |
| *P-24 | BAW to Rain referral letter           | 7/14/99          | 9-9-02   | 9-10-02   | John Brown           |
| P-25 | BPR notes Rain Invest.                 | 7/20/99          | 9-9-02   | 9-10-02   | John Brown           |
| P-26 | Brown to Rain notes                    | 8/13/99          |          |           |                      |
| P-27 | BPR notes Rain Invest.                 | 8/25/99          |          |           |                      |
| P-28 | BPR notes Rain Invest.                 | 9/10/99          |          |           |                      |
| P-29 | Morris to Rain E-Mail on Review        | 9/12/99          |          |           |                      |
| P-30 | BPR notes Rain Invest.                 | 9/14/99          |          |           |                      |
| P-31 | Morris to Rain E-mail                  | 9/14/99          |          |           |                      |
| P-32 | BPR notes Rain Invest.                 | No date          |          |           |                      |
| P-33 | Morris to Rain call memo               | No date          |          |           |                      |
| P-34 | BAW to Morris Acct. of Staff           | 7/19/99          | 9-9-02   | 9-10-02   | Barbara Wilhelm      |
| P-35 | BAW to Morris Rept. Simmers Activities | Aug/Sept. 1999   |          |           |                      |
| P-36 | BAW to Horgas                          | 9/13/99          | 9-9-02   | 9-10-02   | Morris               |
| P-37 | Def. of Systems/Process                | 9/20/2000        |          |           |                      |
| P-38 | Exec Summary Syst. & Proc.             | 10/7/99          | 9-10-02  | 9-11-02   | Jeffrey Miller       |
| P-39 | Conley to Coury review of memo to Horgas | 11/3/99        | 9-9-02   | 9-10-02   | Hawthorne Conley     |
| P-40 | BAW to Morris Comp. Leave              | 1/3/2000         | 9-9-02   | 9-10-02   | Morris               |
| P-41 | BAW to Morris Systems Report           | 1/3/2000         | 9-9-02   | 9-10-02   | Barbara Wilhelm      |
| P-42 | BAW E-Mail                             | 1/3/2000         |          |           |                      |

\* Introduced by Oft.

2

| | | | | | |
|---|---|---|---|---|---|
| P-43 | Simmers to BPR on Comp. Leave | 1/19/2000 | | | |
| P-44 | Officer of Day Roster | Feb. 2000 | | | |
| P-45 | BAW e-mail to Robinson | Feb. 2000 | | | |
| P-46 | Simmers Time &Att. | 1/18-21/2000 | | | |
| P-47 | Simmers Time &Att. | 1/22-2/4 2000 | | | |
| P-48 | Simmers Time &Att. | 2/5-2/18 2000 | | | |
| P-49 | Simmers Time &Att. | 2/19-3/3 2000 | | | |
| P-50 | Simmers Time &Att. | ¾ -17 2000 | | | |
| P-51 | Simmers Record of Absence | 2000 | | | |
| P-52 | Dept Directive Temp Ass. To Higher Rank | 8/20/97 | | | |
| P-53 | Dept. Directive Scheduling and Rosters | 7/22/99 | | | |
| P-54 | Dept. Directive Personnel Order | 4/28/2000 | | | |
| P-55 | BPR Complaint by Morris | 6/7/99 | 9-9-02 | 9-10-02 | Morris |
| ✱ P-56 | BPR Rain Invest. | 1/6/2000 | 9-9-02 | PG.1 only | Morris |
| P-57 | BPR Rain Invest. Related Memos | 3/14/2000 | | | |
| P-58 | BAW to Miller Guidance memo | 4/2/2000 | 9-9-02 | 9-10-02 | Barbara Wilhelm |
| P-59 | Bonney to BAW letter of dismissal | 4/28/2000 | 9-9-02 | 9-10-02 | Rose Polec |
| P-60 | Hdq. Vacancies | April / May 2000 | 9-10-02 | 9-11-02 | Linda Bonney |
| P-61 | Dept. Directive Pers. Ordr.BAW dismissed | 6/15/2000 | 9-9-02 | 9-10-02 | Rose Polec |
| P-62 | CMIC BAW Employment PD | 12/6/2000 | 9-9-02 | 9-10-02 | Rose Polec |
| P-63 | CMIC Transaction. Codes | 3/3/2000 | 9-9-02 | 9-10-02 | Rose Polec |
| ✱ P-64 | CMIC Code Hist. | 3/13/02 | 9-10-02 | 9-11-02 | Clites |

✱ Introduced by Dft.

3

| P-65 | Dept. Directive Personnel Rules | 4/26/99 | 9-9-02 | 9-10-02 | Rose Polec |
| P-66 | Dept. Directive Internal Invest. | 3/5/98 | | | |
| P-67 | Dept. Directive Rules of Conduct | 1/28/2000 | | | |
| P-68 | Field Regulation Code of Conduct | 2/20/98 | | | |
| P-69 | Dept. Directive Internal Invest. | 9/2/93 | 9-9-02 | 9-10-02 | Hickes |
| P-70 | Evanko to BAW Letter of Apprec. | 7/10/97 | | | |
| P-71 | Sgt. Ulrich to BAW Letter of Apprec. | 4/9/97 | | | |
| P-72 | Lt. Hicks to BAW Memo of Apprec. | 9/12/97 | | | |
| P-73 | Rep. Hennessey to BAW Memo of thanks | 3/23/2000 | | | |
| P-74 | Lt. Col. West to BAW note of thanks | 5/27-28/98 | | | |
| P-75 | Sgt. note thanks | 5/7/97 | | | |
| P-76 | Sunoco thanks | 11/23/99 | | | |
| P-77 | Salary | | 9-10-02 | 9-10-02 | Barbara Wilhelm |
| P-78 | Deposition of James Hazen | | 9-10-02 | 9-10-02 No Jury | Barbara Wilhelm |

4