72
9-12-02
MA

# CLERK'S EXHIBIT LISTING

**Abbreviated Name of Case:** *Wilhelm v. Commonwealth of Pennsylvania, et al.*

**Case No.:** 1:CV-01-1057 (M.D.Pa.)    **Judge:** Hon. Sylvia H. Rambo

**Name of Party Submitting this List:** Defendant Commonwealth of Pennsylvania, Pennsylvania State Police

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-1 | IN-14 Form Retaliation Questionnaire, with typed addendum | June 13, 2000 | 9-10-02 | 9-11-02 | Barbara Wilhelm |
| D-2 | Portions of Wilhelm notes for July 28, 1998 and October 15, 1998 | | | | |
| D-3 | Memorandum from Wilhelm to Simmers regarding Employee Initiated Position Reclassification Reporting Relationship Function, with Job description attached | October 19, 1998 | 9-10-02 | 9-11-02 | Barbara Wilhelm |
| D-4 | Memorandum from Simmers to Morris regarding Employee Initiated Position Reclassification Reporting Relationship Function | October 19, 1998 | | | |
| D-5 | Memorandum from Simmers to Director, Bureau of Personnel regarding Employee Initiated Position Reclassification Reporting Relationship Function | October 19, 1998 | | | |
| D-6 | Letter from Bonney to Wilhelm regarding promotion to Legislative Specialist 2 | February 16, 1999 | 9-10-02 | 9-11-02 | Barbara Wilhelm |

FILED SEP 11 2002
PER _____ HARRISBURG, PA  DEPUTY CLERK

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-7 | Memorandum from Wilhelm to Evanko regarding Governor's Executive Seminar | May 4, 1999 | | | |
| D-8 | Desk Memorandum from Director, Bureau of Professional Responsibility to Director, Legislative Liaison Office regarding Personnel Investigation IAD 1999-663 | September 23, 1999 | | | |
| D-9 | Memorandum from Director, Bureau of Professional Responsibility to Deputy Commissioner of Administration regarding Overdue Report--Personnel Investigation IAD 1999-663 | December 23, 1999 | | | |
| D-10 | Memorandum from Morris to Director, Bureau of Professional Responsibility regarding Personnel Investigation 1999-663 | January 4, 2000 | 9-9-02 | 9-11-02 | Richard Morris |
| D-11 | E-mail from Brown to L. Christie regarding reassignment of adjudication of Personnel Investigation IAD 1999-663 | January 14, 2000 | | | |
| D-12 | Memorandum from Wilhelm to Horgas regarding Review of Legislative Affairs Office with handwritten notes | September 13, 1999 | | | |
| D-13 | Handwritten notes | September 20, 1999 | | | |
| D-14 | Memorandum from Conley to Deputy Commissioner of Administration regarding Review of Legislative Affairs Office | November 3, 1999 | 9-10-02 | 9-11-02 | Thomas Coury |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-15 | Handwritten notes | September 10, 1999 | | | |
| D-16 | Bureau of Professional Responsibility, Systems and Process Review Division, Executive Summary | September, 1999 | | | |
| D-17 | Personnel Order | January 7, 2000 | | | |
| D-18 | E-mail from Wilhelm to Miller regarding mess with telephones and response from Miller to Wilhelm | April 10, 2000 | 9-10-02 | 9-11-02 | Jeffrey Miller |
| D-19 | Electronically produced notes by Miller regarding Wilhelm from April 10, 2000 to April 14, 2000 | | | | |
| D-20 | Memorandum from Evanko to Acting Director, Office of Legislative Affairs regarding Compensatory Leave | January 7, 2000 | 9-10-02 | 9-11-02 | Paul Evanko |
| D-21 | Memorandum dated January 7, 2000 from Evanko to Acting Director, Legislative Affairs Office regarding Systems Process and Review Report | January 7, 2000 | | | |
| D-22 | Memorandum from Simmers to Director, Bureau of Professional Responsibility, et al. Regarding Compensatory Leave--Mrs. Barbara A. Wilhelm | January 19, 2000 | | | |
| D-23 | Unsworn Declaration of Barbara A. Wilhelm | May 8, 2002 | | | |
| D-24 | Memorandum from Morris to Fure regarding Submitting to Medical or Psychiatric Examination or Test, FR 1-2.08 Captain Michael D. Simmers | September 11, 1998 | | | |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-25 | Memorandum from Coury to Morris regarding Independent Medical Examination--Captain Michael D. Simmers | September 14, 1988 (typo) | | | |
| D-26 | Memorandum from Morris to Simmers regarding Independent Medical Examination | September 15, 1998 | | | |
| D-27 | Memorandum from Coury to Morris regarding Captain Michael D. Simmers-Limited Duty Status | October 19, 1998 | | | |
| D-28 | Memorandum from Morris to Simmers regarding Limited Duty Status | December 2, 1998 | | | |
| D-29 | Memorandum from Morris to Bonney regarding Limited Duty Status of Department Personnel-Fourth Quarter Report, Calendar Year 1998 | February 11, 1999 | | | |
| D-30 | Memorandum from Morris to Simmers regarding Limited Duty Status | February 24, 1999 | | | |
| D-31 | Memorandum from Simmers to Commissioner regarding meeting with Major Morris | January 25, 1999 | | | |
| D-32 | Memorandum from Morris to Simmers regarding Limited Duty Status | September 3, 1999 | | | |
| D-33 | Memorandum from Simmers to Morris regarding Limited Duty Status | September 8, 1999 | | | |
| D-34 | Memorandum from Morris to Simmers regarding Limited Duty Status | September 9, 1999 | | | |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-35 | Memorandum from Morris to Simmers regarding Limited Duty Status | October 29, 1999 | | | |
| D-36 | Memorandum from Morris to Commissioner regarding voluntary retirement | December 20, 1999 | | | |
| D-37 | Memorandum from Wilhelm to Morris regarding Plesco | December 31, 1999 | | | |
| D-38 | Seniority Bid/Request for Interview submitted by Harmony Ranck | May 5, 2000 | | | |
| D-39 | Excerpts from plaintiff's deposition | | | | |
| D-40 | FR 3-3 | March 3, 1999 | | | |
| D-41 | Plaintiff's calculation of backsalary with corrections | | | | |
| D-42 | Recalculation of plaintiff's backsalary | | | | |