(73)
9-12-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA WILHELM,** : **CIVIL NO.1:CR-01-1057**

　**Plaintiff**

v.

**COMMONWEALTH OF PENNSYLVANIA,**

　**Defendant**

FILED
SEP 1 1 2002
PER ___MA___
HARRISBURG, PA  DEPUTY CLERK

**VERDICT FORM**

1.　Did Plaintiff prove, by a preponderance of the evidence, that she was dismissed from her job because she complained about sex discrimination?

　　**X** Yes　　　___ No

　If your answer is "Yes," proceed to question 2. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

2.　If your answer to question 1 is "Yes," did Plaintiff prove, by a preponderance of the evidence, that she was damaged as a result of her dismissal?

　　**X** Yes　　　___ No

　If your answer is "Yes," proceed to question 3. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

3.　If your answer to questions 1 and 2 is "Yes," what damages do you award Plaintiff?

　　$ _250,000.00_

　Sign the verdict form and inform the court deputy that you have reached a verdict.

　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　JURY FOREPERSON

Date: _9/11/02_