74
9-12-02
mA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,        :    CIVIL NO. 1:CV-01-1057

   Plaintiff               :

   v.                      :

COMMONWEALTH OF            :
PENNSYLVANIA; PENNSYLVANIA :
STATE POLICE; COL. PAUL J. :
EVANKO, COMMISSIONER;      :
LT. COL. THOMAS K. COURY;  :
and CPT. MICHAEL D. SIMMERS,:

   Defendants              :



FILED
SEP 1 2 2002
PER mA
HARRISBURG, PA  DEPUTY CLERK

## ORDER

The parties have verbally requested a postponement of the remainder of the trial in the captioned action to enable settlement discussions. Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) The request is granted.

2) The parties shall file a joint report with the court on the status of settlement discussions no later than September 23, 2002.

3) A new date for the remainder of the trial will be scheduled, if necessary, upon receipt by the court of the parties' joint status report.

SYLVIA H. RAMBO
United States District Judge

Dated: September /2 , 2002.