(76)
9-17-02
MA

UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

FILED
HARRISBURG, PA
SEP 16 2002
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

IN RE: Barbara A. Wilhelm v. Commonwealth of PA., et al.
Case # 1:01-CV-1057

TO COUNSEL:

Your **original** trial exhibits, from the jury trial held 9/9/02-9/11/02, are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

*Mark J. Armbruster*
Mark J. Armbruster
Deputy Clerk

## RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by  Commonwealth of Pa., et al.
(Defendants)

In the above-captioned matter.

9/16/02
(Date)

_____
(Signature)