IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | : |
| v. | : NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | : (JUDGE RAMBO) |

## ORDER

AND NOW, this 24 day of September, 2002, upon consideration of the parties joint motion for an enlargement of one day to file a status report in this matter, the motion is granted. The parties shall file a status report in this matter on September 24, 2002.

SYLVIA H. RAMBO
United States District Judge

DATE: 9/24/02