IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | :<br>:<br>: |
| v. | : NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | :<br>: (JUDGE RAMBO)<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

SEP 24 2002

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

## STATUS REPORT

The parties report the status of this matter as follows:

1. Plaintiff, Barbara A. Wilhelm brought this Title VII action against the Pennsylvania State Police alleging that she had been dismissed for complaining about sex discrimination.

2. On September 11, 2002 a jury returned a verdict in favor of the plaintiff and awarded her $250,000 in backpay and compensatory damages.

3. The Court then scheduled a hearing on September 12 to consider whether plaintiff should be awarded additional equitable relief including reinstatement.

4. At the request of the parties the Court continued the hearing in order to permit the parties to explore whether they could reach a settlement.

5. The Court also directed the parties to provide a status report by the end of yesterday.

6. The parties requested an additional day to provide this report.

7. Since the trial, the parties have worked to determine whether there are other Commonwealth jobs for which plaintiff is qualified and could be considered.

8. The parties believe it would be preferable for plaintiff to secure another job with the Commonwealth, if that is possible, rather than return to the State Police.

9. Toward that end defendant State Police has contacted the Commonwealth's Office of Administration and requested that it identify vacant Commonwealth jobs for which plaintiff is qualified.

10. The Office of Administration has reviewed plaintiff's resume and is in the process of identifying appropriate vacancies.

11. Counsel for the State Police understands that she will be told whether such vacancies exist and what they are by the end of the day.

12. Counsel for plaintiff is willing to wait one more day to hear whether such vacancies exist and based on that information to determine whether to request that the hearing on equitable relief be scheduled.

13. Counsel for the parties will consult tomorrow and advise the Court whether they are requesting a hearing or whether they wish to pursue other means of resolving this matter.

                 Respectfully submitted,

                 **D. MICHAEL FISHER**
                 **Attorney General**

BY: _____
                 **SUSAN J. FORNEY**
                 **Chief Deputy Attorney General**
                 **I.D. No. 27744**

**Office of Attorney General**
**Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9831- Direct**
**(717) 772-4526 - Fax**

**DATED: September 24, 2002**

# CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 24, 2002, I caused to be served a copy of the foregoing document entitled **Status Report,** by faxing a copy of same to the following:

**Nathan C. Pringle, Jr., Esquire**
**3601 N. Progress Avenue, Suite 200**
**Harrisburg, PA 17110**

*[signature]*

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**I.D. No. 27744**