IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | : | |
| v. | : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | : | (JUDGE RAMBO) |

FILED
HARRISBURG, PA
SEP 27 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## STATUS REPORT

The parties report the status of this matter as follows:

1. Since the last status report on September 26, counsel for defendants identified 3 vacant Administrative Officer III positions for which the Commonwealth was willing to refer plaintiff for interviews.

2. Counsel provided the information to plaintiff's attorney, who in turn discussed it with plaintiff.

3. Plaintiff does not believe that she has sufficient information about the vacant positions to justify a further delay of the hearing on equitable relief in this matter.

4. Therefore, plaintiff requests that the Court proceed to schedule a hearing on equitable relief.

5. Defendants respectfully request that if the hearing is scheduled for next week, that it be scheduled for October 2 or 3. A principle witness for defendants on the question of reinstatement will be out of the state on Commonwealth business on October 1 and 4.

                                      **Respectfully submitted,**

                                      **D. MICHAEL FISHER**
                                      **Attorney General**

BY: _____
                 **SUSAN J. FORNEY**
                 **Chief Deputy Attorney General**
                 **I.D. No. 27744**

**Office of Attorney General**
**Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**(717) 787-9831- Direct**
**(717) 772-4526 - Fax**

**DATED: September 27, 2002**

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 27, 2002, I caused to be served a copy of the foregoing document entitled **Status Report,** by faxing a copy of same to the following:

**Nathan C. Pringle, Jr., Esquire**
**3601 N. Progress Avenue, Suite 200**
**Harrisburg, PA 17110**

*/s/ Susan J. Forney*
**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**I.D. No. 27744**