IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,           :   CIVIL NO. 1:CV-01-1057
                              :
       Plaintiff              :
                              :
       v.                     :
                              :
COMMONWEALTH OF               :
PENNSYLVANIA and THE          :
PENNSYLVANIA STATE POLICE,    :
                              :
       Defendants             :



FILED
OCT 0 2 2002
PER____
HARRISBURG, PA  DEPUTY CLERK

### ORDER

**IT IS HEREBY ORDERED THAT** the equity phase of the trial in the captioned action will commence at 9:30 a.m. on Wednesday, October 23, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

SYLVIA H. RAMBO
United States District Judge

Dated: October 2, 2002.