cc: court, kfk, mja

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Barbara Wilhelm** | CASE NO. 1:01-CV-1057 |
| V. | |
| **Commonwealth of Pennsylvania, et al.** | DATE: October 23, 2002 |

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Hearing re. Equitable Relief

Time Commenced: 9:30 AM          Time Terminated: 10:29 AM

**Plaintiff's Counsel:**          **Defendant's Counsel:**

1-Nathan Pringle          2-Susan Forney



| Plaintiff's Witnesses: | **Examined By:** Dir   Cross | Defendant's Witnesses: | **Examined By:** Dir   Cross |
|---|---|---|---|
| Barbara Wilhelm | 1   2 | | |

**Remarks**: Court opens with all counsel and parties present; Judge makes opening remarks re. purpose and nature of the hearing. Pringle calls witnesses; Forney objects to non-expert testimony of plaintiff's witness. Court recesses. Judge instructs courtroom deputy to inform the parties that the matter is continued until further order of court. An order will issue.

Courtroom Deputy:  Mark Armbruster                              Court Reporter: Vicki Fox

cc: court, kfk, mja

# WITNESS ACTIVITY LIST
*Barbara Wilhelm*
*v.*
*Commonwealth of Pennsylvania, et al.*
*1:01-CV-1057*

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:38 AM | 9:47 AM | :09 | | X | | | | 1 | Barbara Wilhelm |
| 9:47 AM | 10:16 AM | :29 | | | X | | | 2 | Barbara Wilhelm |
| | | : | | | | | | | |
| | | : | | | | | | | |
| | | : | | | | | | | |
| | | : | | | | | | | |
| | | : | | | | | | | |
| | | : | | | | | | | |
| | | : | | | | | | | |

*Codes: B=Break, L=Lunch, \*=Sidebar*