cc: Court, Vicki

84
10/23/02

# CLERK'S EXHIBIT LISTING — HEARING ON EQUITABLE RELIEF

**Abbreviated Name of Case:** Wilhelm v. Commonwealth of Pennsylvania, et al.

**Case No.:** 1:CV-01-1057 (M.D.Pa.)    **Judge:** Hon. Sylvia H. Rambo

**Name of Party Submitting this List:** Defendant Commonwealth of Pennsylvania, Pennsylvania State Police

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-43 | Plaintiff's Job Description | January 25, 1999 | | | |
| D-44 | Plaintiff's Resume | | 10-23-02 | | Barbara Wilhelm |
| D-45 | Memo from Plaintiff to Lt. Col. Coury expressing interest in position of Department Discipline Officer | June 24, 1999 | | | |
| D-46 | Plaintiff's Employment History | October 11, 2002 | | | |
| P-63 | Transaction Codes and Special Factors | March 3, 2000 | | | |
| P-77 | Plaintiff's Salary Information | | | | |

FILED
OCT 23 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK