**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | :<br>:<br>: |
| v. | :    NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | :   (JUDGE RAMBO)<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA
NOV 05 2002
MARY E. D'ANDREA, CLERK

## AMENDED CERTIFICATE OF NONCONCURRENCE

This is to advise the Court that on November 5, 2002, the undersigned spoke with plaintiff's counsel, Nathan C. Pringle, Jr., who advised that he does not concur in 1) Defendant's Motion for Reconsideration of the Order of October 23, 2002, or in the Alternative, for a Declaration of Mistrial (filed October 29, 2002); and 2) Defendants' Motion for Attorneys' Fees (filed November 4, 2002).

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: _____
SUSAN J. FORNEY
Chief Deputy Attorney General
I.D. No. 27744

Office of Attorney General
Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA  17120
(717) 787-9831 - Direct
(717) 772-4526 - Fax

DATED:  November 5, 2002

## CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on November 5, 2002, I caused to be served a copy of the foregoing document entitled **Amended Certificate of Nonconcurrence,** by depositing same in the Untied States Mail, first class, postage prepaid, in Harrisburg, Pennsylvania upon the following:

Nathan C. Pringle, Jr., Esquire
3601 N. Progress Avenue, Suite 200
Harrisburg, PA 17110

SUSAN J. FORNEY
Chief Deputy Attorney General
I.D. No. 27744