IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,

Plaintiff

v.

COMMONWEALTH OF
PENNSYLVANIA and THE
PENNSYLVANIA STATE POLICE,

Defendants

CIVIL NO. 1:CV-01-1057



FILED
DEC 1 0 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

## ORDER

**IT IS HEREBY ORDERED THAT** Defendants' motion for enlargement of time to serve their expert's report is **GRANTED *NUNC PRO TUNC*.** The deadlines in this matter are adjusted as follows:

(1) The discovery deadline is now January 6, 2002;

(2) No later than December 11, 2002, Defendants shall provide to Plaintiff the report of any expert that they wish to call in rebuttal to Plaintiff's expert witness;

(3) If Plaintiff wishes, she may take the deposition of Defendants' expert witness. However, Plaintiff must take this deposition by December 27, 2002;

(4) No later than January 6, 2003, either party that wishes to do so may supplement their expert's report;

(5) Motions to exclude expert testimony, which require a *Daubert* hearing, must be filed no later than January 8, 2003; and

(6) The equity phase of the trial in the captioned matter will begin, as previously scheduled, at 9:30 a.m. on January 22, 2003 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

SYLVIA H. RAMBO
United States District Judge

Dated: December *10*, 2002.