103
12-17-02
MA

Wilhelm v. Commw. Of Pa.                                TIME 10:30 A.M.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. **1:CV-01-1057**

DATE  December 17, 2002

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference  Expert Witness Depositions

Time Commenced  10:40          Time Terminated  10:55

**PLAINTIFF:**           **APPEARANCES**           **DEFENDANT:**

Pringle                  Forney

FILED
DEC 17 2002
PER  MA
HARRISBURG, PA DEPUTY CLERK

**REMARKS**

Change scheduling order
Supplemental reports  1/18/03
Trial                 1/31/03

Plaintiff to provide description of
husband's medical coverage
- relevance can be argued
at trial