104
12-17-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA A. WILHELM,** : CIVIL NO. 1:CV-01-1057

    Plaintiff :

v. :

**COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA STATE POLICE,** :

    Defendants :



FILED
DEC 17 2002
PER _____
HARRISBURG, PA DEPUTY CLERK

O R D E R

In accordance with the discussion during the conference call held this date in the captioned action, **IT IS HEREBY ORDERED THAT:**

1) The deadline for supplemental expert reports is extended to January 18, 2003.

2) The equity phase of the trial in the captioned action is rescheduled from January 22, 2003 to January 31, 2003 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3) No *Daubert* hearing will be held.

4) Plaintiff shall provide to Defendants a description of her husband's medical coverage; the relevance of this coverage may be argued at trial.

SYLVIA H. RAMBO
United States District Judge

Dated: December 17, 2002.