IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA A. WILHELM,** : CIVIL NO. 1:CV-01-1057

**Plaintiff**

v.

**COMMONWEALTH OF PENNSYLVANIA; PENNSYLVANIA STATE POLICE; COL. PAUL J. EVANKO, COMMISSIONER; LT. COL. THOMAS K. COURY; and CPT. MICHAEL D. SIMMERS,**

**Defendants**



## O R D E R

**IT IS HEREBY ORDERED THAT:**

(1) Defendants' motion for reconsideration of the court's order of October 23, 2002 and alternative request for declaration of a mistrial are **DENIED**;

(2) Defendants' motion for expedited discovery is **DENIED AS MOOT**. The parties have since jointly requested an extension of the discovery period; and

(3) Defendants' motion for attorney's fees is **GRANTED**. Plaintiff shall pay Defendant $2,143.75 in attorney's fees.

SYLVIA H. RAMBO
United States District Judge

Dated: December 26, 2002.