cc: Court, KKR

(114)
1-29-03
MA

Wilhelm v. Commw. Of Penna.                                    TIME 10:00 A.M.
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. __1:CV-01-1057__

DATE __January 29, 2003__

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference __Witness List for Equity Trial__

Time Commenced __10:00__                Time Terminated __10:20__

**PLAINTIFF:**              **APPEARANCES**              **DEFENDANT:**

Nathan Pringle, Esquire                Susan Forney, Dep. Atty. Gen.

FILED
JAN 29 2003
PER MA
HARRISBURG, PA  DEPUTY CLERK

**REMARKS**

Plaintiff objects to D's calling 3 people as witnesses — Ford, Lynn & Osio — not timely identified — preclude Ford, Lynn & Osio — ~~[struck through]~~

Defendant made offer of settlement - plaintiff not accept. Def. also wants mediation. Plaintiff refuses.