116
2-4-03
MA

cc: court, kfk, mja

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**Barbara A. Wilhelm**
V.
**Commonwealth of PA, et al.**

**CASE NO. 1:01-CV-1057**

DATE: January 31, 2003

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Equity phase of jury trial

Time Commenced: 9:30 AM

Time Terminated: 4:18 PM

**Plaintiff's Counsel:**

1-Nathan Pringle, Jr.

**Defendant's Counsel:**

2-Susan Forney

FILED
JAN 31 2003
PER MA
HARRISBURG, PA DEPUTY CLERK

| Plaintiff's Witnesses: | Examined By: Dir | Cross |
|---|---|---|
| Barbara Wilhelm | 1 | 2 |
| Robert Murphy | 1 | 2 |

| Defendant's Witnesses: | Examined By: Dir | Cross |
|---|---|---|
| Jeffrey Miller | 2 | 1 |
| Rose Polek | 2 | 1 |
| Oveta Johnston | 2 | 1 |
| Leeann Ford | 2 | 1 |

**Remarks**: Court opens with all counsel and parties present; Plaintiff calls witnesses; Robert Murphy is offered and as an expert in future lost earnings, Forney objects on based on his lack of experience. Judge accepts his testimony but takes under advisement the witnesses qualifications. Judge requests that counsel provide case law to be submitted re. health benefits inclusion in calculations of damages. Lunch. Plaintiff's witnesses continue. Plaintiff rests; Defendants call witnesses; Oveta Johnston is offered as an expert in the evaluation of resumes and the matching of job qualification requirements with individual applicant qualifications. Pringle objects to the relevance of her testimony. Judge will permit Johnston to testify regarding her expertise as to whether or not an individual's resume qualifications are requisite enough to take a particular test and the procedure of the Commonwealth following that qualification. Defendants rest. Plaintiff calls rebuttal witness. Matter taken under advisement.

Courtroom Deputy: Mark J. Armbruster

Court Reporter: Vicki Fox

cc: court, kfk, mja

# *WITNESS ACTIVITY LIST*

***Barbara A. Wilhelm***
***v.***
***Commonwealth of PA, et al.***
***1:01-CV-1057***

| Start | End | Time | Code | Dir | Cross | Redir | Re-cross | Atty No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 9:37 AM | :07 | | X | | | | 1 | Barbara Wilhelm |
| 9:37 AM | 10:22 AM | :45 | | | X | | | 2 | Barbara Wilhelm |
| 10:22 AM | 10:49 AM | :27 | | | | X | | 1 | Barbara Wilhelm |
| 10:49 AM | 11:22 AM | :23 | B-10 | | | | X | 2 | Barbara Wilhelm |
| 11:22 AM | 11:23 AM | :01 | | | | X | | 1 | Barbara Wilhelm |
| | | | | | | | | | |
| 11:24 AM | 11:55 AM | :31 | | X | | | | 1 | Robert Murphy |
| 11:55 AM | 1:29 PM | :34 | L-60 | | X | | | 2 | Robert Murphy |
| 1:29 PM | 1:35 PM | :05 | | | X | | | 2 | Robert Murphy |
| 1:35 PM | 1:44 PM | :09 | | | | X | | 1 | Robert Murphy |
| 1:44 PM | 1:47 PM | :03 | | | | | X | 2 | Robert Murphy |
| 1:47 PM | 1:49 PM | :02 | | | | X | | 1 | Robert Murphy |
| | | | | | | | | | |
| 1:50 PM | 2:06 PM | :16 | | X | | | | 2 | Jeffrey Miller |
| 2:06 PM | 2:30 PM | :24 | | | X | | | 1 | Jeffrey Miller |
| | | | | | | | | | |
| 2:32 PM | 2:37 PM | :05 | | X | | | | 2 | Rose Polek |
| 2:37 PM | 2:41 PM | :04 | | | X | | | 1 | Rose Polek |
| | | | | | | | | | |
| 2:43 PM | 3:36 PM | :43 | B-10 | X | | | | 2 | Oveta Johnston |
| 3:36 PM | 3:40 PM | :04 | | | X | | | 1 | Oveta Johnston |
| 3:40 PM | 3:42 PM | :02 | | | | X | | 2 | Oveta Johnston |
| | | | | | | | | | |
| 3:51 PM | 4:03 PM | :12 | * | X | | | | 2 | Leeann Ford |
| 4:03 PM | 4:07 PM | :04 | | | X | | | 1 | Leeann Ford |
| | | | | | | | | | |
| | | | | | | | | | |

*Codes: B=Break, L=Lunch, *=Sidebar*