Judge Sylvia H. Rambo

Wilhelm v. Commonwealth of PA, et al.

1:01-CV-1057

## EXHIBIT LIST

Equity Phase of trial

January 31, 2003

| Plaintiff | Defendant | Description of Item | Identified | Moved | Ruling | Witness |
|---|---|---|---|---|---|---|
| 1 | | Narrative portions of Robert Murphy's Expert Report | 1/31/03 | 1/31/03 | Obj | Robert Murphy |
| 2 | | Report of Matthew McKenzie | | | | |
| 3 | | Comparison Reports of Murphy and Barach | | | | |
| 4 | | Graph created by Robert Murphy of Projected Economic Damages | 1/31/03 | 1/31/03 | Admit | Robert Murphy |
| 5 | | Summary Page of economic factors | 1/31/03 | 1/31/03 | Admit | Robert Murphy |
| 6 | | Charts of Projected and un-projected cash flows and net present value calculations consisting of 6 pages total | 1/31/03 | 1/31/03 | Admit | Robert Murphy |
| 7 | | Resume of Robert Murphy | 1/31/03 | 1/31/03 | Admit | Robert Murphy |

FILED
JAN 31 2003
PER _____
HARRISBURG, PA  DEPUTY CLERK

117
2/4/03

1