118
2-4-03
MM

# CLERK'S EXHIBIT LISTING — HEARING ON EQUITABLE RELIEF (January 31, 2003)

**Abbreviated Name of Case:** Wilhelm v. Commonwealth of Pennsylvania, et al.

**Case No.:** 1:CV-01-1057 (M.D.Pa.)   **Judge:** Hon. Sylvia H. Rambo

**Name of Party Submitting this List:** Defendant Commonwealth of Pennsylvania, Pennsylvania State Police

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-43 | Plaintiff's Supplemental Response to Interrogatories | | | | |
| D-44 | Plaintiff's Response to Defendants' Interrogatories | 11/13/01 | | | |
| D-45 | Plaintiff's Response to Defendants' Second Set of Interrogatories and Request for Production of Documents to Plaintiff | 12/9/02 | 1-31-03 | Admit | Barbara Wilhelm |
| D-46 | Ltr to Wilhelm from Leeann L. Ford re: notification of expiration of resume | 9/24/02 | 1-31-03 | " | Barbara Wilhelm |
| D-47 | Completed Personal Data Sheet | 9/25/02 | 1-31-03 | " | " |
| D-48 | Wilhelm Resume — Submitted to Bureau of State Employment | | 1-31-03 | " | " |
| D-49 | E-mail to Wilhelm from Rebecca Yearick: AO III position availability at PennDOT | 10/16/02 | 1-31-03 | " | " |
| D-50 | Job Posting for PennDOT's AO III position | | 1-31-03 | " | " |

FILED
JAN 31 2003
PER
HARRISBURG, PA   DEPUTY CLERK

Page -1-

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-51 | Ltr to Wilhelm from Willie Burston re: Revenue's AO III position availability | 10/22/02 | 1-31-03 | Admit | Barbara Wilhelm |
| D-52 | Job Description for Revenue's AO III position | | 1-31-03 | " | " |
| D-53 | U.S. Department of Labor, Bureau of Labor Statistics Article "Average Annual Pay in Pennsylvania, 2000" | 3/27/02 | 1-31-03 | " | Robert Murphy |
| D-54 | U.S. Department of Labor, Bureau of Labor Statistics Article "National Compensation Survey" Occupational Wages in the Unites States, 2001" | 8/02/02 | 1-31-03 | " | Robert Murphy |
| D-55 | U.S. Department of Labor, Bureau of Labor Statistics Article "Employee Benefits in Private Industry, 2000" | 7/16/02 | 1-31-03 | " | " |
| D-56 | Printout: Employment History - Control Data | 10/11/02 | 1-31-03 | " | Rose Polek |
| D-57 | Simplified Flow Chart of the Pennsylvania Civil Service Hiring Process (For Applicants Taking Written Tests) | | 1-31-03 | " | Oveta Johnston |
| D-58 | Wilhelm Resume — | | 1-31-03 | " | " |
| D-59 | Wilhelm Resume — Submitted to Civil Service Commission | | 1-31-03 | " | " |
| D-60 | Wilhelm Resume — Question #9 | | 1-31-03 | " | " |
| D-61 | Commonwealth of Pennsylvania's 37½ Hour Standard Pay Schedule - Effective 7/1/02 | | 1-31-03 | " | " |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-62 | Job Class Specification for Administrative Officer 1 | | 1-31-03 | Admit | Oveta Johnston |
| D-63 | Job Class Specification for Administrative Officer 2 | | 1-31-03 | " | " |
| D-64 | Job Class Specification for Administrative Officer 3 | | 1-31-03 | " | " |
| D-65 | Job Class Specification for Human Resource Management Trainee | | 1-31-03 | " | " |
| D-66 | Job Class Specification for Human Resource Analyst 1 | | 1-31-03 | " | " |
| D-67 | Job Class Specification for Human Resource Analyst 2 | | 1-31-03 | " | " |
| D-68 | Job Class Specification for Field Human Resource Officer 1 | | 1-31-03 | " | " |
| D-69 | Job Class Specification for Field Human Resource Officer 2 | | 1-31-03 | " | " |
| D-70 | Job Class Specification for Professional Conduct Investigator 1 | | 1-31-03 | " | " |
| D-71 | Job Class Specification for Professional Conduct Investigator 2 | | 1-31-03 | " | " |
| D-72 | Job Class Specification for Criminal Justice System Planner 1 | | 1-31-03 | " | " |
| D-73 | Job Class Specification for Criminal Justice System Planner 2 | | 1-31-03 | " | " |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-74 | Job Class Specification for Retirement System Regional Representative, PSERS | | 1-31-03 | Admit | Oveta Johnston |
| D-75 | Job Class Specification for Career Link Specialist | | 1-31-03 | " | " |
| D-76 | Job Class Specification for Institutional Business Manager 1 | | 1-31-03 | " | " |
| D-77 | Job Class Specification for Institutional Business Manager 2 | | 1-31-03 | " | " |
| D-78 | BLANK | | | | |
| D-79 | Job Class Specification for Special Investigator 1 | | 1-31-03 | " | " |
| D-80 | Job Class Specification for Special Investigator 2 | | 1-31-03 | " | " |
| D-81 | Chart: Classification Titles for Which Plaintiff Qualifies (open for exam) | | 1-31-03 | " | " |
| D-82 | Chart: Classification Titles for Which Plaintiff Qualifies (projected to open for exam) | | 1-31-03 | Admit (** and related) | " |
| D-83 | Chart: State Civil Service Commission (appointments) | | | | |
| D-84 | Chart: Human Resource Management Trainee Hires & Placements | | | | |
| D-85 | Chart: Human Resource Management Trainee Promotions | | | | |
| D-86 | Vitae of Gary S. Barach, CPA, CFE | | | | |

| Exhibit No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-87 | Vitae of Gary S. Barach, CPA, CFE | | | | |
| D-88 | Chart: Wages Plaintiff Would Have Earned as a Legislative Specialist 2 | | | | |
| D-89 | Chart: Commonwealth Job Classifications for Which Plaintiff Qualifies | | | | |
| D-90 | Chart: Wages Assuming Re-Employment with the Commonwealth (Scenario 1) | | | | |
| D-91 | Chart: Wages Earned Assuming Re-Employment with the Commonwealth (Scenario 2) | | | | |
| D-92 | Chart: Present Value of Losses Assuming Re-Employment with Commonwealth (Scenario 1) | | | | |
| D-93 | Chart: Present Value of Losses Assuming Re-Employment with Commonwealth (Scenario 2) | | | | |
| D-94 | Job Description for DOC's Information Specialist | | 1-31-03 | Admit | Barbara Wilhelm |