MA (119)
2/4/03

## UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920



FILED
JAN 3 1 2003
PER _____ MA
HARRISBURG, PA  DEPUTY CLERK

IN RE: Barbar Wilhelm v. Commonwealth of PA. et al.
Case #1:01-CV-1057

TO COUNSEL:

Your **original** exhibits from the equity phase of trial, held on January 31, 2003, are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Mark J. Armbruster
Deputy Clerk

### RECEIPT

Receipt is hereby acknowledged for the exhibits introduced by _____
(Plaintiff)

In the above-captioned matter.

__1/31/03__
(Date)

_____
(Signature)