<u>Wilhelm v. Commw. Of Penna.</u>                TIME 10:30 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. <u>1:CV-01-1057</u>

DATE <u>February 12, 2003</u>

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference <u>Court Order of February 5, 2003</u>

Time Commenced <u>10:25</u>   Time Terminated <u>10:45</u>

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Nathan Pringle, Esquire | | Susan Forney, Sr. Dep. Atty. Gen. |

### REMARKS

① Plaintiff wants 2.5 years lost pension from time of discharge to time of reinstatement

② Plaintiff wants leave reconsideration for source tender

Plaintiff was ordered to present to file motion & brief re this matter

See order of 2/12/03 re items 1 & 2

