

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | CIVIL NO. 1:CV-01-1057 |
| **Plaintiff** | : | |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA STATE POLICE,** | : | |
| **Defendants** | : | |

## O R D E R

The background of this order is as follows: On September 11, 2002, a jury awarded Plaintiff $250,000 upon concluding that Defendants violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964. *See* 42 U.S.C. § 2000e. On February 5, 2003, the court ordered Defendants to reinstate Plaintiff and to pay Plaintiff $27,148.05 in front pay. The court also ordered Defendants to reinstate Plaintiff's retirement and sick benefits as those benefits were upon Plaintiff's wrongful termination.

On February 12, 2003, the court held a telephone conference with counsel at Plaintiff's counsel's request. During that conference call, Plaintiff's counsel argued that Plaintiff has not been made whole by the court's order because she was not given credit for the two and a half years of lost pension contributions and sick leave accrual during her absence from state employment. The court finds that this argument has no merit. The jury verdict and the court's order of reinstatement with front pay have fully compensated Plaintiff for her injury. The court stands by its ruling.

Additionally, Plaintiff's counsel requested that the court stay briefing on the issue of attorney's fees so that counsel may make a motion for an award of interest on the judgment. Accordingly, **IT IS HEREBY ORDERED THAT**:

(1) The court stays the issue of attorney's fees until further order of court; and

(2) Plaintiff shall file a motion for interest on the judgment no later than February 26, 2003.

*(signature)*
SYLVIA H. RAMBO
United States District Judge

Dated: February 12, 2003.

2