## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,            :
           **Plaintiff**           :
                                           :

        v.            :     NO. 1:CV-01-1057

                                           :

COMMONWEALTH OF PA.;           :     (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE;     :
COLONEL PAUL J. EVANKO,        :
COMMISSIONER; LIEUTENANT       :
COLONEL THOMAS K. COURY; and   :
CAPTAIN MICHAEL. D. SIMMERS,   :
           **Defendants**          :

**FILED**
HARRISBURG, PA

FEB 2 6 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

## PLAINTIFF'S MOTION FOR INTEREST ON JURY VERDICT AND THIS COURT'S AWARD OF FRONT PAY

AND NOW, comes Barbara A. Wilhelm, Plaintiff, by and through her attorney, Nathan C. Pringle, Jr., to file her motion for interest on the jury verdict and this Honorable Court's award of front pay, and avers as follows:

1.    On June 14, 2001, Barbara A. Wilhelm filed a complaint alleging she was dismissed in violation of Title VII of the Civil rights Act of 1964, as amended 42 U.S.C. § 2000 *et seq.*, and the Pennsylvania Human Relations Act, 43 Pa. C. S. § 955.

2.  On September 11, 2002, the jury selected to decide Ms. Wilhelm's case, found for her and awarded her $250,000.00.

3.  On February 5, 2003, this Court awarded Ms. Wilhelm an additional $27,148.05 in front pay.

4.  Under Pennsylvania law Ms. Wilhelm is entitled to interest from the date of the September 11, 2002 verdict until she receives payment.

5.  Under Pennsylvania law Ms. Wilhelm is entitled to interest from the date of the February 5 2003 front pay award until she receives payment.

6.  The rate of interest under Pennsylvania law is six per cent per annum.

7.  Opposing counsel, Susan J. Forney, Esquire does not concur in this motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable

Court grants her motion for an award of interest at the rate of six per cent per

annum from the respective dates of the verdict and award until she receives

payment.


Respectfully Submitted,



Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
February 26, 2003             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Nathan C. Pringle, Jr., hereby certify that on February 26, 2003,  I

caused to be delivered by first-class mail a copy of the

Plaintiff's Motion Interest on the Jury Verdict and This Court's Award of

Front Pay, and supporting brief upon the following:


Susan J. Forney
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120


Nathan C. Pringle, Jr.