IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>Plaintiff | : | |
| v. | : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>Defendants | : | (JUDGE RAMBO) |

FILED
HARRISBURG, PA
FEB 26 2003
MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR INTEREST ON JURY VERDICT AND THIS COURT'S AWARD OF FRONT PAY

I. STATEMENT OF THE FACTS

On June 14, 2001, Barbara A. Wilhelm filed a complaint alleging she was dismissed in violation of Title VII of the Civil rights Act of 1964, as amended 42 U.S.C. § 2000 *et seq.*, and the Pennsylvania Human Relations Act 43 Pa. C. S. § 955. On September 11, 2002, the jury found for Ms. Wilhelm and awarded her $250,000.00. On February 5, 2003, this Court awarded Ms. Wilhelm an additional $27,148.05 in front pay.

II. **ARGUMENT**

It is well-settled under Pennsylvania law that a plaintiff is entitled to interest from the date of the verdict or judgment until the date paid. 42 Pa. C.S.A. § 8101. *Kessler v. Old Guard Mutual Insurance Company*, 391 Pa.Super. 175, 570 A.2d 569, 571 (1990). Pursuant to 41 P.S. § 202, the appropriate rate of interest is six per cent per annum.

Accordingly, the verdict and award as applied to Ms. Wilhelm's claim under Pennsylvania law entitles her to interest on the jury verdict at the rate of six per cent per annum from September 11, 2002, until the date of payment. She is also entitled to interest on this Court's award of front pay at the rate of six per cent per annum from February 5, 2003, until the date of payment.

III. **CONCLUSION**

For the reasons set forth above, the Plaintiff urges this Honorable Court to grant her motion for interest on the jury verdict and this Court's award of front pay.

_____
Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue, Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for Plaintiff

February 26, 2003