# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| | : | |
| **Defendants** | : | |

*FILED*
*APR 14 2003*
*MARK E. D'ANDREA, CLERK*
*PER ____ HBG, PA DEPUTY CLERK*

## PLAINTIFF'S CONCURRED-IN MOTION FOR AN ENLARGEMENT OF TIME TO FILE PETITION FOR ATTORNEY'S FEES AND COSTS

Pursuant to Fed.R.Civ.P. 6(b), plaintiff, Barbara A. Wilhelm, by and through her attorney, Nathan C. Pringle, Jr., respectfully requests an enlargement of time of seven days, to and including May 2, 2003, to file plaintiff's petition for attorney's fees and costs, and in support thereof, sets forth the following:

1.      On April 9, this court issued an order granting interest on damages awarded to the plaintiff in the above-captioned matter, and permitting the plaintiff to file a petition for attorney's fees no later than April 25, 2003.

2.      The order was received by plaintiff's counsel on April 10, 2003.

3.     Plaintiff's counsel had previously scheduled a trip to London, England, which is scheduled to start on April 15, 2003 and scheduled to end on April 25, 2003, at 6:30 P.M.

4.     As a result of the trip, plaintiff's counsel needs an additional seven days to file the petition for attorney's fees and costs.

5.     The requested enlargement of time is small and will not substantially delay the disposition of this matter nor will it prejudice the defendants.

6.     Counsel for plaintiff has contacted defendants' counsel, Susan J. Forney, who has no objection.

WHEREFORE, the plaintiff, Barbara A. Wilhelm, respectfully requests an enlargement of time of seven days, to and including May 2,003, to file a petition for attorney's fees.

Respectfully Submitted,

Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for Plaintiff

April 14, 2003

# CERTIFICATE OF SERVICE

I, Nathan C. Pringle, Jr., hereby certify that on April 14, 2003, I caused to be delivered by first class mail a copy of the foregoing document entitled Plaintiff's Concurred-In Motion for an Enlargement of Time to File Petition for Attorney's Fees and Cost upon the following:

Susan J. Forney
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120


_____
Nathan C. Pringle, Jr.