# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  :
   **Plaintiff** :
                :

    **v.** :  NO. 1:CV-01-1057
                :

COMMONWEALTH OF PA.; :  (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE; :
COLONEL PAUL J. EVANKO, :
COMMISSIONER; LIEUTENANT :
COLONEL THOMAS K. COURY; and :
CAPTAIN MICHAEL. D. SIMMERS, :
   **Defendants** :

## CERTIFICATE OF CONCURRENCE

Nathan C. Pringle, Esquire, counsel for the plaintiff, certified that on

April 14, 2003, he spoke with Susan J. Forney, Esquire, counsel for

defendants, regarding an enlargement of file a petition for attorney's fees

and costs. Ms. Forney concurred in the request.

       Respectfully Submitted,

       *Nathan C Pringle*

       Nathan C. Pringle, Jr.