# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## ORDER

Upon consideration of plaintiff's concurred-in motion for an enlargement of time to file a petition for attorney's fees and costs, which motion is concurred in by defendants, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the plaintiff may file a petition for attorney's fees and costs no later than May 2, 2003.

**BY THE COURT:**

_____

**SYLVIA H. RAMBO**
**United States District Judge**

**DATED:**