# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## ORDER

Upon consideration of plaintiff's uncontested motion for an enlargement of time to file a petition for attorney's fees and costs, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the plaintiff may file a petition for attorney's fees and costs no later than May 5, 2003.

**BY THE COURT:**

_____
**SYLVIA H. RAMBO**
**United States District Judge**

**DATED:**