IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** | **CIVIL NO. 1:CV-01-1057** |
| **Plaintiff** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA STATE POLICE,** | |
| **Defendants** | |

## O R D E R

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for an enlargement of time to file a petition for attorney's fees and costs is **GRANTED**. Plaintiff shall file the petition no later than **May 5, 2003**. No further extensions will be granted with respect to this issue.

    s/Sylvia H. Rambo

    Sylvia H. Rambo
    United States District Judge

Dated: May 2, 2003.