C. **ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  :
        **Plaintiff**  :
          :
        v.  :    NO. 1:CV-01-1057
          :
COMMONWEALTH OF PA.;  :    **(JUDGE RAMBO)**
PENNSYLVANIA STATE POLICE;  :
COLONEL PAUL J. EVANKO,  :
COMMISSIONER; LIEUTENANT  :
COLONEL THOMAS K. COURY; and  :
CAPTAIN MICHAEL. D. SIMMERS,  :
        **Defendants**  :

**FILED**

MAY 0 5 2003

MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

## PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Now comes the plaintiff in the above-captioned action and moves this Court for an award of attorneys' fees to be paid by the defendants pursuant to 42 U.S.C. § 2000e-5(k). In support of this motion, the plaintiff states as follows:

1. This action was brought by the plaintiff, Barbara A. Wilhelm, against the defendants, *Commonwealth of Pennsylvania, Pennsylvania State Police, et al*, under Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e, seeking damages and other relief for injuries suffered by the plaintiff.

2.   Pursuant to 42 U.S.C. § 2000e-5(k), this Court may award reasonable attorneys' fees to the prevailing party in an action under Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e.

3.   On September 11, 2002, a jury entered a verdict which found in favor of the plaintiff on her claim pursuant to Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e, and awarded her damages in the amount of $250,000. A copy of the verdict is attached hereto as Exhibit A to this motion.

4. By virtue of the above-referenced verdict, the plaintiff is a prevailing party within the meaning of 42 U.S.C. § 2000e-5(k).

5.   Plaintiff's attorney in this matter was Nathan C. Pringle, Jr., who actively represented the plaintiff from December 29, 1999 to May 5, 2003.

6.   Attached to this motion is an affidavit setting forth the hours expended and the legal services provided by plaintiff's attorney, time sheets detailing the services performed, a statement with respect to the prevailing hourly rate for those services in the local community, and sheet detailing expenses incurred by me in this matter.

7.   As set forth in the attached affidavits, plaintiff's attorney expended 1757.7 hours performing necessary legal services in connection

with plaintiff's successful claims in this matter, and a reasonable hourly rate for plaintiff's attorney is $175.

8.  I incurred costs in the amount of $28,872.15.

9.  My attorney incurred costs in the amount of $807.40.

**WHEREFORE**, the plaintiff respectfully requests that this Court award her reasonable attorneys' fee and costs as part of the costs taxable against the defendant in this action in the amount of $381,044.55.

Respectfully Submitted,

Barbara A. Wilhelm - Plaintiff

Nathan C. Pringle, Jr.
Attorney ID #30142
3601 North Progress Avenue
Suite 200
Harrisburg, Pennsylvania 17110
(717) 909-8520
Attorney for Plaintiff

Dated: May 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

I, Nathan C. Pringle, Jr., under oath do hereby state the following

under the pains and penalties of perjury:

1. I am an attorney at law duly licensed to practice before the courts of

this state, and have been engaged in the active practice of law for 25.5 years,

specializing in the litigation of employment law cases. I am a 1979 graduate

of the Temple University Law School, and I am solo practitioner. I worked

as an appellate review officer for the Equal Employment Opportunity

Commission, represented the Commonwealth of Pennsylvania and

AMETEK, Inc., as employment counsel, and numerous plaintiffs in

proceedings involving claims for damages or other relief arising out of Civil

Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e. A copy of my resume is attached as Exhibit B.

2. I am the attorney of record for the plaintiff in the above-captioned action, and have represented the plaintiff with regard to the subject matter of this action since December 29, 1999, when I was retained by the plaintiff pursuant to a written agreement to pursue a claim against the defendant for injuries suffered by the plaintiff arising out of her retaliation and termination with respect to her employment as a Legislative Specialist for the Pennsylvania State Police.

3. In the course of my representation of the plaintiff in this matter, I have expended the following hours performing necessary legal services in connection with plaintiff's successful claims:

A. Preparation and Court appearances  383  Hours

B. Prepare for and attend depositions  503.4  Hours

C. Draft and review correspondence  22.9  Hours

D. Legal research  166  Hours

E. Preparing and drafting of pleadings  142.8  Hours

F. Conferences with client, opposing
counsel, witnesses and court  181.6  Hours

G. Review of transcripts, pleadings,
orders, and documents  266.2  Hours

| H. Telephone calls | .75 | Hours |
| I. Other Services | 91.05 | Hours |
| TOTAL | 1757.70 | Hours |

4. Attached to this affidavit, as Exhibit C are contemporaneous time records detailing the legal services I performed in this matter.

5. In the course of my representation of the plaintiff in this matter, I incurred the following reasonable and necessary expenses in handling plaintiff's case:

| A. Photocopying | $ 273.80 |
| B. Parking | $ 112.00 |
| C. Filing fees | $ 150.00 |
| D. Travel (mileage and toll) | $ 84.10 |
| E. Process services | $ 187.50 |
| TOTAL | $ 807.40 |

6. The time required to represent plaintiff was substantial in order to review over two thousand pages of documents containing rules, regulations and other business records, four audio tapes, and over sixteen hundred pages of transcript.

7. My normal hourly rate for legal services in the type of matter involved in the instant case is $200. As set forth in the affidavit of Attorney Ricardo Hicks which is attached as Exhibit D, this rate is within the range of prevailing market rates in the local community for legal

services in this type of matter by attorneys with comparable skill and experience, and is a reasonable hourly rate in this matter.

8.   The plaintiff incurred some additional expenses in the course of this litigation. They are:

| | |
|---|---|
| A.  Deposition and trial transcripts | $  6,440.4 |
| B.  Deposition appearance fee-defendants' expert | $  1,100.00 |
| C.  Plaintiff's expert witness | $ 20,766.00 |
| D. Chart and supplies | $       58.29 |
| E.  Medical records | $       22.78 |
| F.  Parking | $       89.00 |
| G. Photocopying | $     400.08 |
| H. Postage | $       18.38 |
| TOTAL | $ 28,872.15 |

9.   Attached as Exhibit E is the unsworn statement of Barbara Wilhelm and detailed cost sheet.

Signed under penalty of law:

Nathan C. Pringle, Jr.
Attorney ID #30142
3601 North Progress Avenue, Suite 200
Harrisburg, Pennsylvania 17110
(717) 909-8520

May 5, 2003

# CERTIFICATE OF SERVICE

I, Nathan C. Pringle, Jr., hereby certify that on May 5, 2003, I

caused to be delivered by first-class mail a copy of the

Plaintiff's Petitioner for Attorney's Fees and costs upon the following:

Susan J. Forney
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

Nathan C. Pringle, Jr.

# EXHIBIT A



(73)

9-12-02
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA WILHELM,**      :     **CIVIL NO.1:CR-01-1057**

       **Plaintiff**      :

       **v.**      :

**COMMONWEALTH OF**      :
**PENNSYLVANIA,**

       **Defendant**      :

> **F I L E D**
>
> SEP 1 1 2002
>
> PER _____ MA _____
> HARRISBURG, PA   DEPUTY CLERK

## VERDICT FORM

1.      Did Plaintiff prove, by a preponderance of the evidence, that she was dismissed from her job because she complained about sex discrimination?

       **X** Yes           ___ No

        If your answer is "Yes," proceed to question 2. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

2.      If your answer to question 1 is "Yes," did Plaintiff prove, by a preponderance of the evidence, that she was damaged as a result of her dismissal?

       **X** Yes           ___ No

        If your answer is "Yes," proceed to question 3. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

3.      If your answer to questions 1 and 2 is "Yes," what damages do you award Plaintiff?

   $ _750,000.00_

        Sign the verdict form and inform the court deputy that you have reached a verdict.

   _____
   JURY FOREPERSON

Date: _9/11/02_

# EXHIBIT B

# NATHAN C. PRINGLE, JR.
## ATTORNEY AT LAW

3601 N. Progress Ave.
Harrisburg, PA 17110
Voice: (717) 909 - 8520
Fax: (717) 909 - 8550
E-mail: npringle@ezonline.com

**BACKGROUND SUMMARY:** Decisive, energetic, creative, and resourceful legal professional, with extensive experience and success in the following:
- Negotiation of multi-million dollar contracts
- Communication with staff and executive level decision makers
- Project manager
- Collective bargaining
- Contract and employment litigation
- Visionary problem-solving

**PROFESSIONAL EXPERIENCE:**

*NATHAN C. PRINGLE, JR., ATTORNEY AT LAW, Hbg., PA*     *Jan., 2000 to Present*
***General Practitioner***
- Solo practice with a federal, state and local caseload focusing on employment law and contract law.

AMETEK, Inc., Paoli, PA.     *Jan., 1998 to Dec., 1999*
***Employment and Labor Counsel to Human Resources***
Served as the resource for resolution of complex employee/labor relations issues affecting any of this manufacturing company's twenty-two facilities (union and non-union) in the U.S.
- Chief negotiator for collective bargaining.
- Project leader for OFCCP corporate compliance and "glass-ceiling" audits.
- Project leader for the development of the company policy manual.
- Successfully represented clients in employment disputes (arbitration, NLRB, EEOC, several state civil rights commissions).
- Revised the company's severance release document so that it complied with the OWBPA.
- Trained the company's facility HR managers on a variety of legal issues including: Sexual harassment, union avoidance, FLSA, FMLA, WARN, OFCCP audits.
- Project leader for the company's diversity initiative.

Case 1:01-cv-01257-SHR   Document 135   Filed 05/05/2003   Page 13 of 37

COMMONWEALTH OF PENNSYLVANIA, Harrisburg, PA.   *Nov., 1980*
***Deputy Chief Counsel, Governor's Office of Administration***   *to Jan., 1998*
Managed legal and administrative staff responsible for providing legal services in
employee/labor relations matters and information technology.

- Negotiated and reviewed over 750 contracts annually, resulting in enhanced
  services at substantial savings.
- Provided legal oversight for all requests-for-proposals, markedly reducing
  litigation.
- Successfully litigated matters arising out of the request-for-proposal process.
- Chief negotiator in collective bargaining.
- Successfully represented clients in employment disputes (arbitration, PLRB,
  EEOC, State Civil Service Commission) in semi-skilled labor, health care, IT,
  law enforcement, social work, and various white collar environments.
- Successfully represented clients in appeals arising out of employment disputes,
  including appeals before the Supreme Court of Pennsylvania.
- Authored handbook for non-lawyers on making and responding to objections
  in arbitration hearings, which significantly improved advocacy effectiveness.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION   *Sept.,1979*
***EEOC Appellate Review Officer***   *to Nov.,1980*
- Issued final rulings on employment discrimination cases.

**EDUCATION:**   TEMPLE UNIVERSITY SCHOOL OF LAW, Philadelphia, PA
***J.D.***
UNIVERSITY OF PITTSBURGH
***B.S., English Writing/Psychology***

**BAR**   Supreme Court of Pennsylvania
**MEMBERSHIPS:**   U.S. Court of Appeals for the Third Circuit
U.S. District Court for the Eastern District of Pennsylvania
U.S. District Court for the Middle District of Pennsylvania

# EXHIBIT C

# Barbara A. Wilhelm

**Time Record Details**                                                      **Page 1**

| Start Date | Expense | Duration |
|---|---|---|
| 12/29/1999 | 0.00 | 2.50 Hours |
| Meeting-Wilhelm | | |
| 2/29/2000 | 0.00 | 0.80 Hours |
| Telephone-Wilhelm | | |
| 3/6/2000 | 0.00 | 2.50 Hours |
| Meeting-Wilhelm | | |
| 3/7/2000 | 0.00 | 10.00 Hours |
| Review documents provided by Wilhelm. | | |
| 4/6/2000 | 0.00 | 2.10 Hours |
| Meeting-Wilhelm | | |
| 4/7/2000 | 0.00 | 1.10 Hours |
| Meeting-Wilhelm | | |
| 4/18/2000 | 0.00 | 2.80 Hours |
| Meeting-Wilhelm | | |
| 5/1/2000 | 0.00 | 5.10 Hours |
| Meeting-Wilhelm | | |
| 5/2/2000 | 0.00 | 3.00 Hours |
| Meeting-Wilhelm | | |
| 5/3/2000 | 0.00 | 3.00 Hours |
| Meeting-Wilhelm | | |
| 5/4/2000 | 0.00 | 3.10 Hours |
| Meeting-Wilhelm | | |
| 5/11/2000 | 0.00 | 5.00 Hours |
| Meeting-Wilhelm | | |
| 5/12/2000 | 0.00 | 4.00 Hours |
| Meeting-Wilhelm | | |
| 5/12/2000 | 0.00 | 4.00 Hours |
| Review of materials provided  by Wilhelm | | |
| 6/13/2000 | 0.00 | 2.60 Hours |
| PHRC intake interview | | |
| 8/14/2000 | 0.00 | 3.00 Hours |
| Meeting-Wilhelm | | |
| 10/7/2000 | 0.00 | 0.10 Hours |
| Letter-Wilhelm | | |
| 11/14/2000 | 0.00 | 2.60 Hours |
| Meeting-Wilhelm | | |
| 12/21/2000 | 0.00 | 2.10 Hours |
| Meeting- at PHRC to amended PHRC complaint | | |
| 1/8/2001 | 0.00 | 0.30 Hours |
| Draft-right to sue letter | | |
| 3/26/2001 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 6/5/2001 | 0.00 | 8.40 Hours |
| Research for federal complaint | | |
| 6/6/2001 | 0.00 | 8.30 Hours |
| Research for federal complaint | | |
| 6/7/2001 | 0.00 | 7.30 Hours |
| Research federal complaint | | |
| 6/8/2001 | 0.00 | 8.10 Hours |
| Research federal complaint | | |
| 6/9/2001 | 0.00 | 9.70 Hours |
| Research for federal complaint | | |
| 6/11/2001 | 0.00 | 8.10 Hours |
| Drafting federal complaint | | |
| 6/12/2001 | 0.00 | 8.30 Hours |
| Drafting federal complaint | | |
| 6/13/2001 | 0.00 | 5.00 Hours |
| Drafting federal complaint | | |
| 6/13/2001 | 0.00 | 2.50 Hours |
| Meeting with Wilhelm | | |
| 8/12/2001 | 0.00 | 2.10 Hours |
| Research-Plaintiff's motion for judgment on pleadings | | |

# Barbara A. Wilhelm

## Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 8/13/2001 | 0.00 | 2.00 Hours |
| Drafting Plaintiff's motion for judgment on pleadings | | |
| 8/13/2001 | 1.20 | 0.00 Hours |
| copies-12 | | |
| 8/17/2001 | 0.00 | 0.10 Hours |
| Review of court order of 8/15/01 | | |
| 8/30/2001 | 0.00 | 0.10 Hours |
| Review of notice of conference | | |
| 9/5/2001 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 9/5/2001 | 0.00 | 0.10 Hours |
| Review-Defendant's motion for enlargement of time | | |
| 9/5/2001 | 0.00 | 6.10 Hours |
| Review-Defendant's answer | | |
| 9/5/2001 | 0.00 | 2.00 Hours |
| Meeting with Wilhelm | | |
| 10/4/2001 | 0.00 | 1.00 Hours |
| Review-Defendants first request for documents | | |
| 10/4/2001 | 0.00 | 1.50 Hours |
| Review-Defendants' initial disclosures | | |
| 10/4/2001 | 0.00 | 2.50 Hours |
| Review-Defendants first set of interrogatories | | |
| 10/4/2001 | 0.00 | 2.20 Hours |
| Meeting with Wilhelm | | |
| 10/5/2001 | 0.00 | 4.00 Hours |
| Drafting-Joint case management plan including calls to Forney ESQ | | |
| 10/11/2001 | 0.00 | 0.20 Hours |
| Scheduling conference | | |
| 10/17/2001 | 0.00 | 0.50 Hours |
| Review-court order/case management | | |
| 11/2/2001 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 11/5/2001 | 0.00 | 3.00 Hours |
| Meeting with Wilhelm | | |
| 11/5/2001 | 0.00 | 5.00 Hours |
| Preparing response to interrogatories and request for documents | | |
| 11/6/2001 | 0.00 | 7.90 Hours |
| Preparing response to interrogatories and request for documents | | |
| 11/7/2001 | 0.00 | 8.50 Hours |
| Preparing response to interrogatories and request for documents | | |
| 11/8/2001 | 0.00 | 3.00 Hours |
| Meeting with Wilhelm | | |
| 11/8/2001 | 0.00 | 4.00 Hours |
| Preparing response for interogatories and requests for documents | | |
| 11/8/2001 | 0.00 | 2.00 Hours |
| Drafting response to interrogatories and request for documents | | |
| 11/9/2001 | 0.00 | 5.00 Hours |
| Meeting with Wilhelm | | |
| 11/13/2001 | 3.60 | 0.00 Hours |
| copies-36 | | |
| 12/11/2001 | 0.00 | 8.00 Hours |
| Drafting-Plaintiff's interrogatories | | |
| 12/12/2001 | 0.00 | 5.00 Hours |
| Drafting-Plaintiff's request for documents | | |
| 12/13/2001 | 0.00 | 1.00 Hours |
| Meeting with Wilhelm | | |
| 12/13/2001 | 0.00 | 1.00 Hours |
| Drafting Plaintiff's interrogatories and request for documents | | |
| 12/14/2001 | 6.60 | 0.00 Hours |
| copies-66 | | |
| 1/4/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |

# Barbara A. Wilhelm

**Time Record Details**

| Start Date | Expense | Duration |
|---|---|---|
| 1/4/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 1/14/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 1/14/2002 | 0.00 | 3.00 Hours |
| Meeting with Wilhelm | | |
| 1/15/2002 | 0.00 | 1.70 Hours |
| Preparation for meeting with Morris | | |
| 1/15/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 1/15/2002 | 0.00 | 3.30 Hours |
| Preparation Morris deposition | | |
| 1/16/2002 | 0.00 | 3.50 Hours |
| Meeting with Morris | | |
| 1/16/2002 | 0.00 | 4.00 Hours |
| Meeting with Wilhelm | | |
| 1/17/2002 | 0.00 | 0.10 Hours |
| Review-letter from Forney ESQ | | |
| 1/17/2002 | 0.00 | 8.00 Hours |
| Prep for Deposition- Morris | | |
| 1/18/2002 | 0.00 | 2.40 Hours |
| Meeting-Forney to review documents | | |
| 1/18/2002 | 4.00 | 0.00 Hours |
| Parking | | |
| 1/19/2002 | 0.00 | 10.00 Hours |
| Preparation for Wilhelm deposition | | |
| 1/21/2002 | 0.00 | 12.00 Hours |
| Prep-Wilhelm deposition | | |
| 1/22/2002 | 0.00 | 1.10 Hours |
| Meeting with Morris | | |
| 1/22/2002 | 0.00 | 6.00 Hours |
| Prep for Deposition-Morris | | |
| 1/22/2002 | 0.00 | 2.00 Hours |
| Prep-Wilhelm deposition | | |
| 1/23/2002 | 0.00 | 4.30 Hours |
| Prepare for Morris deposition | | |
| 1/23/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 1/23/2002 | 0.00 | 7.00 Hours |
| Preparation for Morris deposition | | |
| 1/24/2002 | 0.00 | 2.70 Hours |
| Meeting with Morris | | |
| 1/24/2002 | 0.00 | 8.00 Hours |
| Preparation for Morris deposition | | |
| 1/25/2002 | 0.00 | 9.20 Hours |
| Prep for Deposition-Bonney | | |
| 1/26/2002 | 0.00 | 4.50 Hours |
| Prep for Deposition-Bonney | | |
| 1/26/2002 | 0.00 | 6.70 Hours |
| Prep for Deposition-Morris | | |
| 1/27/2002 | 0.00 | 4.20 Hours |
| Preparation for Merryman deposition | | |
| 1/27/2002 | 0.00 | 4.20 Hours |
| Meeting with Wilhelm | | |
| 1/28/2002 | 0.00 | 5.30 Hours |
| Deposition-Morris | | |
| 1/28/2002 | 12.00 | 0.00 Hours |
| Parking | | |
| 1/28/2002 | 0.00 | 1.10 Hours |
| Review-Defendants' response to interrogatories | | |
| 1/28/2002 | 0.00 | 1.20 Hours |
| Meeting-Wilhelm | | |

# Barbara A. Wilhelm

**Time Record Details**

| Start Date | Expense | Duration |
|---|---|---|
| 1/28/2002 | 0.00 | 5.00 Hours |
| Preparation-Wilhelm Deposition | | |
| 1/29/2002 | 0.00 | 6.10 Hours |
| Prep for Depositon-Merryman | | |
| 1/29/2002 | 0.00 | 8.00 Hours |
| Prep for Deposition-Rain | | |
| 1/29/2002 | 5.10 | 0.00 Hours |
| copies-51 | | |
| 1/30/2002 | 0.00 | 5.00 Hours |
| Depositions-Merryman, Bonney, Rain | | |
| 1/30/2002 | 0.00 | 3.00 Hours |
| Meeting with Wilhelm | | |
| 1/30/2002 | 0.00 | 6.00 Hours |
| Preparation for Wilhelm deposition | | |
| 1/31/2002 | 0.00 | 8.00 Hours |
| Deposition-Wilhelm | | |
| 1/31/2002 | 12.00 | 0.00 Hours |
| Parking | | |
| 2/1/2002 | 0.00 | 4.00 Hours |
| Meeting with Wilhelm | | |
| 2/2/2002 | 0.00 | 7.00 Hours |
| Review-defendants response to interrogatories | | |
| 2/4/2002 | 0.00 | 3.00 Hours |
| Meeting with Wilhelm | | |
| 2/7/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 2/11/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 2/11/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 2/11/2002 | 0.00 | 4.00 Hours |
| Review defendants documents | | |
| 2/12/2002 | 0.00 | 4.30 Hours |
| Review defendants documents | | |
| 2/13/2002 | 0.00 | 12.00 Hours |
| Review transcript | | |
| 2/14/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 2/14/2002 | 0.00 | 8.00 Hours |
| Review defendants documents | | |
| 2/15/2002 | 0.00 | 4.30 Hours |
| Meeting with Wilhelm | | |
| 2/16/2002 | 0.00 | 7.60 Hours |
| Review transcript | | |
| 2/18/2002 | 0.00 | 8.00 Hours |
| Prep-Evanko Deposition | | |
| 2/19/2002 | 0.00 | 8.10 Hours |
| Preparation for Evanko depositon | | |
| 2/20/2002 | 0.00 | 12.50 Hours |
| Review transcript | | |
| 2/25/2002 | 0.00 | 8.00 Hours |
| Prep for Deposition | | |
| 2/26/2002 | 0.00 | 6.60 Hours |
| Prep for Deposition-Evanko | | |
| 2/26/2002 | 0.00 | 0.50 Hours |
| Draft letter to Forney ESQ | | |
| 2/26/2002 | 72.20 | 0.00 Hours |
| copies-722 | | |
| 2/27/2002 | 0.00 | 12.50 Hours |
| Prep for Deposition- Evanko | | |
| 2/28/2002 | 0.00 | 4.50 Hours |
| Deposition of Evanko | | |

# Barbara A. Wilhelm

**Time Record Details**

| Start Date | Expense | Duration |
|---|---|---|
| 2/28/2002 | 0.00 | 0.30 Hours |
| Drafting-Plaintiff's motion for enlargement of time | | |
| 3/1/2002 | 0.00 | 10.00 Hours |
| Preparation for deposition of Conley | | |
| 3/2/2002 | 0.00 | 10.00 Hours |
| Preparation for deposition-Burholder | | |
| 3/3/2002 | 0.00 | 10.20 Hours |
| Preparation-Plesco deposition | | |
| 3/4/2002 | 0.00 | 0.10 Hours |
| Review-Defendants' motion to enlarge deadlines | | |
| 3/4/2002 | 0.00 | 0.10 Hours |
| Review court order | | |
| 3/4/2002 | 0.00 | 10.00 Hours |
| Preparation-Simmers deposition | | |
| 3/5/2002 | 0.00 | 10.00 Hours |
| Preparation-Simmers preparation | | |
| 3/6/2002 | 0.00 | 10.00 Hours |
| Preparation-Simmers deposition | | |
| 3/7/2002 | 0.00 | 10.00 Hours |
| Preparation for Simmers deposition | | |
| 3/8/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 3/8/2002 | 0.00 | 10.00 Hours |
| Preparation for Simmers deposition | | |
| 3/9/2002 | 0.00 | 9.00 Hours |
| Preparation for Polek deposition | | |
| 3/10/2002 | 0.00 | 13.60 Hours |
| Review transcript | | |
| 3/11/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 3/11/2002 | 0.00 | 4.00 Hours |
| Meeting-Wilhelm | | |
| 3/11/2002 | 0.00 | 1.40 Hours |
| Preparation for Miller depositon | | |
| 3/11/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney | | |
| 3/11/2002 | 0.00 | 6.60 Hours |
| Preparation for Miller deposition | | |
| 3/12/2002 | 0.00 | 7.20 Hours |
| Prep for Depositions-McHale | | |
| 3/12/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 3/13/2002 | 0.00 | 5.00 Hours |
| Prep-deposition McHale | | |
| 3/13/2002 | 0.00 | 10.00 Hours |
| Preparation-Polek deposition | | |
| 3/13/2002 | 53.70 | 0.00 Hours |
| Copies-537 | | |
| 3/14/2002 | 0.00 | 3.50 Hours |
| Depositions-Miller, McHale | | |
| 3/14/2002 | 0.00 | 2.20 Hours |
| Prep for Deposition-McNeal | | |
| 3/15/2002 | 0.00 | 4.60 Hours |
| Preparation for Coury deposition | | |
| 3/15/2002 | 0.00 | 0.80 Hours |
| Deposition-McNeal | | |
| 3/15/2002 | 0.00 | 5.00 Hours |
| Preparation-Polek depostion | | |
| 3/16/2002 | 0.00 | 10.00 Hours |
| Preparation for Polek deposition | | |
| 3/17/2002 | 0.00 | 10.00 Hours |
| Preparation for Polek depostion | | |

# Barbara A. Wilhelm

## Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 3/18/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 3/18/2002 | 0.00 | 10.10 Hours |
| Prep for Deposition- Polek | | |
| 3/19/2002 | 0.00 | 8.40 Hours |
| Prep for Depositions-Conley, Plesco, Burkholder, Polek | | |
| 3/19/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 3/19/2002 | 0.00 | 4.40 Hours |
| Prep for depositions-Conley, Plesco, Burholder, Polek | | |
| 3/19/2002 | 19.20 | 0.00 Hours |
| Copies-192 | | |
| 3/20/2002 | 0.00 | 6.60 Hours |
| Depositions-Conley, Plesco, Burkholder,Polek | | |
| 3/20/2002 | 0.00 | 6.00 Hours |
| Prep for Deposition-Simmers, Balsbaugh, Spigelmyer | | |
| 3/20/2002 | 42.60 | 0.00 Hours |
| Copies-426 | | |
| 3/21/2002 | 0.00 | 6.40 Hours |
| Depositions-Spigelmyer, Balsbaugh, Simmers | | |
| 3/21/2002 | 0.00 | 5.50 Hours |
| Prep for Deposition-Coury | | |
| 3/22/2002 | 0.00 | 1.80 Hours |
| Deposition-Coury | | |
| 3/22/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 3/23/2002 | 0.00 | 8.00 Hours |
| Prepartion for Hickes depostion | | |
| 3/25/2002 | 0.00 | 12.00 Hours |
| Preparation for Hickes deposition | | |
| 3/26/2002 | 0.00 | 9.00 Hours |
| Prep for Deposition-Hickes | | |
| 3/27/2002 | 2.70 | 0.00 Hours |
| copies-27 | | |
| 3/27/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 3/27/2002 | 0.00 | 1.80 Hours |
| Deposition-Hikes | | |
| 3/28/2002 | 0.00 | 4.00 Hours |
| Meeting with Wilhelm | | |
| 3/29/2002 | 0.00 | 0.30 Hours |
| Drafting-Plaintiff's motion for enlargement of time | | |
| 3/29/2002 | 2.00 | 0.00 Hours |
| copies-20 | | |
| 4/4/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 4/5/2002 | 0.00 | 12.00 Hours |
| Review transcript | | |
| 4/6/2002 | 0.00 | 5.00 Hours |
| Research | | |
| 4/7/2002 | 0.00 | 13.00 Hours |
| Review transcript | | |
| 4/8/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney | | |
| 4/8/2002 | 0.00 | 12.00 Hours |
| Review transcript | | |
| 4/9/2002 | 0.00 | 2.30 Hours |
| Review-transcript | | |
| 4/9/2002 | 0.00 | 4.20 Hours |
| Meeting-Wilhelm | | |
| 4/9/2002 | 0.00 | 8.50 Hours |
| Review-transcript | | |

# Barbara A. Wilhelm

**Time Record Details**                                                    **Page 7**

| Start Date | Expense | Duration |
|---|---|---|
| 4/10/2002 | 0.00 | 10.00 Hours |
| Research | | |
| 4/10/2002 | 0.00 | 0.10 Hours |
| Review-motion for leave to exceed 15 page limit | | |
| 4/11/2002 | 0.00 | 10.10 Hours |
| Research | | |
| 4/11/2002 | 0.00 | 0.10 Hours |
| Review-amended certificate of concurence | | |
| 4/12/2002 | 0.00 | 3.10 Hours |
| Meeting-Wilhelm | | |
| 4/12/2002 | 0.00 | 6.80 Hours |
| Review transcript | | |
| 4/13/2002 | 0.00 | 8.00 Hours |
| Drafting-motion for summary judgment/brief | | |
| 4/14/2002 | 0.00 | 12.10 Hours |
| Draft-motion and brief /summary judgment | | |
| 4/15/2002 | 0.00 | 0.10 Hours |
| Review- court order | | |
| 4/15/2002 | 5.20 | 0.00 Hours |
| copies-52 | | |
| 4/17/2002 | 0.00 | 0.40 Hours |
| Review-Defendants' motion for summary judgment/brief | | |
| 4/17/2002 | 0.00 | 12.00 Hours |
| Research | | |
| 4/17/2002 | 0.00 | 0.10 Hours |
| Review-motion of enlargement of time | | |
| 4/17/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 4/18/2002 | 0.00 | 12.00 Hours |
| Research | | |
| 4/19/2002 | 0.00 | 12.00 Hours |
| Research | | |
| 5/2/2002 | 0.00 | 0.10 Hours |
| Review letter-Forney ESQ | | |
| 5/2/2002 | 0.00 | 3.30 Hours |
| Meeting-Wilhelm | | |
| 5/3/2002 | 0.00 | 12.10 Hours |
| Review-Defendants' brief in opposition to summary judgment/response to material facts | | |
| 5/5/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 5/5/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 5/6/2002 | 0.00 | 2.20 Hours |
| Research | | |
| 5/6/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 5/6/2002 | 0.00 | 5.80 Hours |
| Research | | |
| 5/7/2002 | 0.00 | 1.30 Hours |
| Drafting response to Defendants' statement of material facts | | |
| 5/7/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 5/7/2002 | 0.00 | 3.30 Hours |
| Drafting response to defendants' material facts | | |
| 5/7/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 5/7/2002 | 0.00 | 3.20 Hours |
| Drafting response to defendants' material facts | | |
| 5/7/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 5/7/2002 | 0.00 | 0.40 Hours |
| Draft-motion for enlargement of time | | |

# Barbara A. Wilhelm

### Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 5/7/2002 | 0.00 | 8.50 Hours |
| Drafting brief in opposition to motion for summary judgment | | |
| 5/8/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 5/8/2002 | 18.40 | 0.00 Hours |
| copies-184 | | |
| 5/9/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 5/11/2002 | 0.00 | 8.20 Hours |
| Research | | |
| 5/12/2002 | 0.00 | 8.10 Hours |
| Drafting-reply to brief in opposition | | |
| 5/13/2002 | 0.00 | 0.20 Hours |
| Telephone-Wilhelm | | |
| 5/13/2002 | 4.00 | 0.00 Hours |
| copies-40 | | |
| 5/23/2002 | 0.00 | 3.00 Hours |
| Review-Defendants' reply brief | | |
| 5/29/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 6/3/2002 | 0.00 | 0.10 Hours |
| Review-joint motion | | |
| 6/5/2002 | 0.00 | 0.60 Hours |
| Review-motion in limine/Simmers | | |
| 6/5/2002 | 0.00 | 1.60 Hours |
| Review-brief motion in limine/Simmers | | |
| 6/5/2002 | 0.00 | 0.90 Hours |
| Review-documents/Simmers/motion in limine | | |
| 6/5/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 6/6/2002 | 0.00 | 0.40 Hours |
| Review-motion in limine/McNeal | | |
| 6/6/2002 | 0.00 | 2.00 Hours |
| Review-brief motion in limine/McNeal | | |
| 6/6/2002 | 0.00 | 0.10 Hours |
| Review-amended certificate of concurrence | | |
| 6/7/2002 | 0.00 | 12.00 Hours |
| Research | | |
| 6/10/2002 | 0.00 | 4.00 Hours |
| Meeting with Wilhelm | | |
| 6/12/2002 | 0.00 | 0.10 Hours |
| Review-motion to remove case from August trial list | | |
| 6/15/2002 | 0.00 | 3.10 Hours |
| Research | | |
| 6/15/2002 | 0.00 | 2.50 Hours |
| Drafting-brief in opposition/motion in limine/Simmers | | |
| 6/15/2002 | 0.00 | 1.50 Hours |
| Drafting-brief in opposition motion in limine/McNeal | | |
| 6/17/2002 | 0.00 | 4.10 Hours |
| Review-letter Forney ESQ with documents | | |
| 6/17/2002 | 2.00 | 0.00 Hours |
| Copies-20 | | |
| 6/21/2002 | 0.00 | 1.00 Hours |
| Review-letter Forney ESQ with documents | | |
| 6/21/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 6/27/2002 | 0.00 | 1.50 Hours |
| Review-reply in support of motion in limine/Simmers | | |
| 7/1/2002 | 0.00 | 1.50 Hours |
| Review court order | | |
| 7/1/2002 | 0.00 | 5.00 Hours |
| Research | | |

# Barbara A. Wilhelm

## Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 7/10/2002 | 0.00 | 3.50 Hours |
| Meeting-Wilhelm | | |
| 7/11/2002 | 0.00 | 3.40 Hours |
| Meeting-Wilhelm | | |
| 7/12/2002 | 0.00 | 0.10 Hours |
| Review-court orders | | |
| 7/12/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 7/16/2002 | 3.20 | 0.00 Hours |
| copies-32 | | |
| 7/17/2002 | 0.00 | 12.00 Hours |
| Research | | |
| 7/18/2002 | 0.00 | 12.00 Hours |
| Drafting pretrial memo | | |
| 7/18/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 7/19/2002 | 0.00 | 2.70 Hours |
| Trial preparation | | |
| 7/19/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 7/19/2002 | 0.00 | 9.30 Hours |
| Trial preparation | | |
| 7/22/2002 | 0.00 | 10.00 Hours |
| Trial preparation | | |
| 7/23/2002 | 0.00 | 12.00 Hours |
| Trial preparation | | |
| 7/24/2002 | 0.00 | 10.00 Hours |
| Trial preparation | | |
| 7/25/2002 | 0.00 | 10.00 Hours |
| Trial preparation | | |
| 7/26/2002 | 0.00 | 1.90 Hours |
| Trial preparation | | |
| 7/26/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 7/26/2002 | 0.00 | 8.30 Hours |
| Trial preparation | | |
| 7/27/2002 | 0.00 | 0.30 Hours |
| Draft-e-mail-Wilhelm | | |
| 7/29/2002 | 0.00 | 3.40 Hours |
| Trial preparation | | |
| 7/29/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 7/29/2002 | 0.00 | 1.80 Hours |
| Trial preparation | | |
| 7/29/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 7/29/2002 | 0.00 | 6.90 Hours |
| Trial preparation | | |
| 7/30/2002 | 0.00 | 12.10 Hours |
| Trial preparation | | |
| 7/31/2002 | 0.00 | 12.00 Hours |
| Trial preparation | | |
| 8/1/2002 | 0.00 | 11.90 Hours |
| Trial preparation | | |
| 8/2/2002 | 0.00 | 12.10 Hours |
| Trial preparation | | |
| 8/5/2002 | 0.00 | 10.10 Hours |
| Trial preparation | | |
| 8/6/2002 | 0.00 | 10.00 Hours |
| Trial preparation | | |
| 8/7/2002 | 0.00 | 12.10 Hours |
| Trial preparation | | |

# Barbara A. Wilhelm

**Time Record Details**

| Start Date | Expense | Duration |
|---|---|---|
| 8/8/2002 | 0.00 | 1.20 Hours |
| Trial preparation | | |
| 8/8/2002 | 0.00 | 3.30 Hours |
| Meeting-Wilhelm | | |
| 8/8/2002 | 0.00 | 7.60 Hours |
| Trial preparation | | |
| 8/12/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 8/12/2002 | 0.00 | 9.50 Hours |
| Trial preparation | | |
| 8/13/2002 | 0.00 | 12.10 Hours |
| Trial preparation | | |
| 8/14/2002 | 0.00 | 2.40 Hours |
| Meeting-Wilhelm | | |
| 8/15/2002 | 0.00 | 12.00 Hours |
| Trial preparation | | |
| 8/16/2002 | 0.00 | 3.00 Hours |
| Meeting-Wilhelm | | |
| 8/19/2002 | 0.00 | 1.00 Hours |
| Review-Defendants' Exhibit List | | |
| 8/23/2002 | 0.00 | 0.50 Hours |
| Meeting-Hazen | | |
| 8/24/2002 | 0.00 | 9.00 Hours |
| Trial preparation | | |
| 8/25/2002 | 0.00 | 6.50 Hours |
| Trial preparation | | |
| 8/26/2002 | 0.00 | 6.10 Hours |
| Review-Defendants' pretrial memorandum including exhibits | | |
| 8/27/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 8/27/2002 | 0.00 | 0.90 Hours |
| Meeting with Hazen | | |
| 8/28/2002 | 0.00 | 12.00 Hours |
| Research-jury selection | | |
| 8/29/2002 | 0.00 | 12.00 Hours |
| Trial preparation | | |
| 8/30/2002 | 2.00 | 0.00 Hours |
| Parking | | |
| 8/30/2002 | 0.00 | 0.60 Hours |
| Pretrial conference & settlement discussions | | |
| 8/31/2002 | 0.00 | 12.00 Hours |
| Prep for Trial | | |
| 9/1/2002 | 0.00 | 12.10 Hours |
| Prep for Trial | | |
| 9/2/2002 | 0.00 | 9.00 Hours |
| Prep for Trial | | |
| 9/3/2002 | 0.00 | 12.10 Hours |
| Prep for Trial | | |
| 9/3/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 9/3/2002 | 0.00 | 0.20 Hours |
| Preparing fax for court | | |
| 9/3/2002 | 0.00 | 8.00 Hours |
| Trial preparation | | |
| 9/4/2002 | 6.00 | 0.00 Hours |
| Parking | | |
| 9/4/2002 | 0.00 | 4.00 Hours |
| Jury selection & review with Wilhelm | | |
| 9/4/2002 | 0.00 | 8.10 Hours |
| Trial preparation | | |
| 9/5/2002 | 0.00 | 0.30 Hours |
| Deposition-Hazen | | |

# Barbara A. Wilhelm

## Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 9/5/2002 | 0.00 | 6.00 Hours |
| Trial preparation | | |
| 9/7/2002 | 0.00 | 6.10 Hours |
| Meeting with Wilhelm | | |
| 9/8/2002 | 0.00 | 5.00 Hours |
| Meeting -Wilhelm | | |
| 9/9/2002 | 12.00 | 0.00 Hours |
| Parking | | |
| 9/9/2002 | 0.00 | 11.80 Hours |
| Trial & reivew | | |
| 9/10/2002 | 12.00 | 0.00 Hours |
| Parking | | |
| 9/10/2002 | 0.00 | 10.90 Hours |
| Trial & review | | |
| 9/11/2002 | 12.00 | 0.00 Hours |
| Parking | | |
| 9/11/2002 | 0.00 | 8.20 Hours |
| Trial | | |
| 9/12/2002 | 0.00 | 0.20 Hours |
| Telephone-Forney ESQ | | |
| 9/12/2002 | 0.00 | 1.50 Hours |
| Meeting with Wilhelm-settlement | | |
| 9/13/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 9/18/2002 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 9/25/2002 | 0.00 | 0.30 Hours |
| Review-status report | | |
| 9/25/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 9/25/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 9/30/2002 | 0.00 | 0.10 Hours |
| Review-status report | | |
| 10/3/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 10/3/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 10/4/2002 | 0.00 | 3.00 Hours |
| Research | | |
| 10/7/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 10/11/2002 | 0.00 | 2.00 Hours |
| Meeting-Boyer & Ritter | | |
| 10/15/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 10/17/2002 | 0.00 | 4.00 Hours |
| Meeting with Wilhelm | | |
| 10/18/2002 | 0.00 | 1.50 Hours |
| Meeting -Murphy | | |
| 10/21/2002 | 0.00 | 5.10 Hours |
| Review Murphy report | | |
| 10/21/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 10/21/2002 | 0.00 | 6.90 Hours |
| Review Murphy report | | |
| 10/22/2002 | 0.00 | 1.00 Hours |
| Meeting with Murphy | | |
| 10/22/2002 | 0.00 | 0.70 Hours |
| Prep for equity hearing | | |
| 10/22/2002 | 0.00 | 0.20 Hours |
| Telephone-Forney | | |

# Barbara A. Wilhelm

**Time Record Details**                                                   **Page 12**

| Start Date | Expense | Duration |
|---|---|---|
| 10/22/2002 | 0.00 | 3.90 Hours |
| Prep-equity hearing | | |
| 10/22/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 10/22/2002 | 0.00 | 0.20 Hours |
| Telephone-Wilhelm | | |
| 10/22/2002 | 0.00 | 0.50 Hours |
| Preparation-equity hearing | | |
| 10/23/2002 | 0.00 | 1.60 Hours |
| Equity hearing | | |
| 10/23/2002 | 4.00 | 0.00 Hours |
| Parking | | |
| 10/23/2002 | 0.00 | 1.10 Hours |
| Review-Defendants' brief equitable relief | | |
| 10/23/2002 | 0.00 | 3.00 Hours |
| Research | | |
| 10/24/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 10/24/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 10/24/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 10/25/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 10/30/2002 | 0.00 | 0.40 Hours |
| Review-Defendants' motion for reconsideration | | |
| 10/30/2002 | 0.00 | 1.80 Hours |
| Research | | |
| 10/30/2002 | 0.00 | 2.30 Hours |
| Review-brief motion for reconsideration | | |
| 10/30/2002 | 0.00 | 0.80 Hours |
| Review-documents motion for reconsideration | | |
| 10/31/2002 | 0.00 | 1.20 Hours |
| Review-Defendants' motion for attorney's fees | | |
| 11/1/2002 | 0.00 | 4.00 Hours |
| Meeting-Wilhelm | | |
| 11/1/2002 | 0.00 | 2.00 Hours |
| Meeting with Murphy | | |
| 11/4/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 11/4/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 11/4/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 11/7/2002 | 0.00 | 1.10 Hours |
| Review-motion to expedite discovery | | |
| 11/7/2002 | 0.00 | 1.10 Hours |
| Review-Defendants' second interrogatories | | |
| 11/7/2002 | 0.00 | 0.10 Hours |
| Review-amended certificate of concurrence | | |
| 11/11/2002 | 0.00 | 0.10 Hours |
| Review-letter Forney | | |
| 11/11/2002 | 0.00 | 0.10 Hours |
| Review-letter Forney | | |
| 11/11/2002 | 0.00 | 0.60 Hours |
| Review-brief/motion to expedite discovery | | |
| 11/11/2002 | 0.00 | 1.00 Hours |
| Review-brief for attorney's fees | | |
| 11/12/2002 | 0.00 | 12.00 Hours |
| Preparation for Murphy deposition | | |
| 11/13/2002 | 0.00 | 12.00 Hours |
| Preparation for Murphy deposition | | |

# Barbara A. Wilhelm

**Time Record Details**                                                           **Page 13**

| Start Date | Expense | Duration |
|---|---|---|
| 11/14/2002 | 0.00 | 1.00 Hours |
| Meeting with Murphy | | |
| 11/14/2002 | 0.00 | 3.10 Hours |
| Research | | |
| 11/14/2002 | 0.00 | 0.20 Hours |
| Review-fax letter-Forney ESQ | | |
| 11/15/2002 | 0.00 | 7.50 Hours |
| Drafting-Plaintiff's brief  in opposition to motion for reconsideration | | |
| 11/15/2002 | 5.00 | 0.00 Hours |
| Parking | | |
| 11/15/2002 | 0.00 | 1.70 Hours |
| Deposition-Murphy CPA | | |
| 11/18/2002 | 3.20 | 0.00 Hours |
| copies-32 | | |
| 11/20/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 11/20/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 11/21/2002 | 0.00 | 1.50 Hours |
| Meeting-Wilhelm | | |
| 11/25/2002 | 0.00 | 2.10 Hours |
| Drafting-brief in opposition to motion to expedite discovery | | |
| 11/25/2002 | 0.00 | 5.10 Hours |
| Review expert report/Johnson | | |
| 11/26/2002 | 0.00 | 2.10 Hours |
| Drafting-brief in opposition to motion for attorney's fees | | |
| 11/26/2002 | 0.00 | 2.50 Hours |
| Meeting-Wilhelm | | |
| 11/26/2002 | 6.80 | 0.00 Hours |
| copies-68 | | |
| 11/26/2002 | 0.00 | 7.10 Hours |
| Review-expert report/ Johnson | | |
| 11/27/2002 | 0.00 | 12.00 Hours |
| Review expert report/Johnson | | |
| 11/29/2002 | 0.00 | 12.00 Hours |
| Review Johnson report | | |
| 11/30/2002 | 0.00 | 3.50 Hours |
| Review transcript | | |
| 12/4/2002 | 0.00 | 2.10 Hours |
| Review-reply brief motion for reconsideration | | |
| 12/5/2002 | 0.00 | 13.10 Hours |
| Drafting-response to second interrogatories | | |
| 12/6/2002 | 0.00 | 7.00 Hours |
| Drafting-response to second interrogatories | | |
| 12/6/2002 | 14.00 | 0.00 Hours |
| copies-140 | | |
| 12/7/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 12/9/2002 | 0.00 | 4.10 Hours |
| Review-letter Forney ESQ with documents | | |
| 12/11/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 12/12/2002 | 0.00 | 7.60 Hours |
| Meeting-Wilhelm | | |
| 12/13/2002 | 0.00 | 5.80 Hours |
| Review-letter Forney ESQ with documents | | |
| 12/13/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 12/13/2002 | 0.00 | 2.30 Hours |
| Review-documents from Forney ESQ | | |
| 12/18/2002 | 0.00 | 0.10 Hours |
| Review-court order | | |

# Barbara A. Wilhelm

**Time Record Details**

| Start Date | Expense | Duration |
|---|---|---|
| 12/18/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 12/18/2002 | 0.00 | 0.10 Hours |
| Telephone-Forney ESQ | | |
| 12/18/2002 | 0.00 | 0.30 Hours |
| Telephone-Wilhelm | | |
| 12/23/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 12/24/2002 | 0.00 | 9.50 Hours |
| Prep for Deposition-Johnson | | |
| 12/26/2002 | 5.70 | 0.00 Hours |
| 57-copies | | |
| 12/26/2002 | 5.00 | 0.00 Hours |
| Parking | | |
| 12/26/2002 | 0.00 | 2.50 Hours |
| Deposition-Johnson | | |
| 12/26/2002 | 0.00 | 0.50 Hours |
| Meeting-Wilhelm | | |
| 12/27/2002 | 0.00 | 0.10 Hours |
| review-court order | | |
| 12/30/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 12/31/2002 | 0.00 | 0.10 Hours |
| Telephone-Wilhelm | | |
| 1/2/2003 | 0.00 | 12.00 Hours |
| Preparation-Barach CPA deposition | | |
| 1/3/2003 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 1/3/2003 | 0.00 | 3.50 Hours |
| Preparation for Barach CPA deposition | | |
| 1/3/2003 | 0.00 | 2.00 Hours |
| Meeting with Murphy | | |
| 1/3/2003 | 0.00 | 5.50 Hours |
| Preparation for Barach CPA deposition | | |
| 1/4/2003 | 0.00 | 12.00 Hours |
| Prep-deposition Barach CPA | | |
| 1/5/2003 | 0.00 | 12.00 Hours |
| Preparation for Barach CPA deposition | | |
| 1/6/2003 | 0.00 | 12.10 Hours |
| Prep for Deposition-Barach CPA | | |
| 1/7/2003 | 0.00 | 11.10 Hours |
| Deposition-Barach CPA | | |
| 1/7/2003 | 6.10 | 0.00 Hours |
| toll-turnpike | | |
| 1/7/2003 | 14.00 | 0.00 Hours |
| Parking | | |
| 1/10/2003 | 0.00 | 5.70 Hours |
| Review dtranscript | | |
| 1/20/2003 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 1/20/2003 | 0.00 | 3.10 Hours |
| Review-letter Forney ESQ with enclosure | | |
| 1/24/2003 | 0.00 | 1.00 Hours |
| Review-letter Forney ESQ | | |
| 1/24/2003 | 0.00 | 2.50 Hours |
| Meeting with Wilhelm | | |
| 1/24/2003 | 0.00 | 4.50 Hours |
| Review transcript | | |
| 1/25/2003 | 0.00 | 10.00 Hours |
| Review transcript | | |
| 1/27/2003 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |

# Barbara A. Wilhelm

### Time Record Details

| Start Date | Expense | Duration |
|---|---|---|
| 1/27/2003 | 0.00 | 12.00 Hours |
| Preparation for equity hearing | | |
| 1/28/2003 | 0.00 | 12.50 Hours |
| Prep-equity hearing | | |
| 1/29/2003 | 0.00 | 7.10 Hours |
| Preparation for equity hearing | | |
| 1/29/2003 | 0.00 | 1.50 Hours |
| Meeting with Murphy | | |
| 1/29/2003 | 0.00 | 5.00 Hours |
| Preparation for equity hearing | | |
| 1/30/2003 | 0.00 | 12.10 Hours |
| Prep for equity hearing | | |
| 1/31/2003 | 0.00 | 7.90 Hours |
| Equity hearing | | |
| 1/31/2003 | 12.00 | 0.00 Hours |
| Parking | | |
| 1/31/2003 | 0.00 | 1.50 Hours |
| Meeting with Wilhelm | | |
| 2/7/2003 | 0.00 | 0.50 Hours |
| Review-court order | | |
| 2/7/2003 | 0.00 | 0.10 Hours |
| Review-letter Forney ESQ | | |
| 2/7/2003 | 0.00 | 3.00 Hours |
| Research | | |
| 2/13/2003 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 2/25/2003 | 0.00 | 3.00 Hours |
| Research-brief for interest | | |
| 2/26/2003 | 0.00 | 2.10 Hours |
| Drafting-brief motion for interest | | |
| 2/26/2003 | 0.00 | 2.10 Hours |
| Drafting-motion for interest | | |
| 2/26/2003 | 1.20 | 0.00 Hours |
| copies-12 | | |
| 3/27/2003 | 0.00 | 1.80 Hours |
| Research-reply brief for interest | | |
| 3/28/2003 | 0.00 | 2.00 Hours |
| Drafting-reply brief for interest | | |
| 3/31/2003 | 1.20 | 0.00 Hours |
| copies-12 | | |
| 4/11/2003 | 0.00 | 0.10 Hours |
| Review-court order | | |
| 5/2/2003 | 0.00 | 5.00 Hours |
| Drafting petion for attorney's fees | | |

### Summary Information

# EXHIBIT D

# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## UNSWORN DECLARATION OF BARBARA A. WILHELM

I, **BARBARA A. WILHELM**, hereby state based on my personal knowledge and under penalty of perjury that the following is true and correct:

1.   I am the plaintiff in the above-captioned matter.

2.   I expenses in the amount of $ 28,872.15 in connection with litigation of the above-captioned matter.

3.   The attached sheet details cost that I incurred with respect to this litigation.

_____

**BARBARA A. WILHELM**

**DATED: May 5, 2003**

# EXPENSE RECORD OF BARBAR A. WILHELM

1/28/2002     Geiger & Loria Reporting Service          $ 281.10
Deposition- R. Morris

1/30/2002     Geiger & Loria Reporting Service          $ 481.20
Depositions-R. Merryman, G. Rain, L. Bonney

2/28/2002     Geiger & Loria Reporting Service          $ 386.00
Deposition- P. Evanko

1/31/2002     Geiger & Loria Reporting Service          $ 449.90
Deposition- B. Wilhelm

3/20/2002     Filius & McLucas Reporting Service          $ 618.00
Depositions- R. Plesco, S. Burkholder, R. Polek

3/21/2002     Geiger & Loria Reporting Service          $ 492.40
Depositions- S. Spigelmyer, R. Balsbaugh, M. Simmers

3/22/2002     Geiger & Loria Reporting Service          $ 164.80
Deposition-T. Coury

3/27/2002     Geiger & Loria Reporting Service          $ 173.20
Deposition- R. Hickes

3/14/2002    Pay to Geiger & Loria Reporting Service        $ 571.50
          Deposition Transcript of Jeffrey Miller
          Deposition Transcript of William McHale
          Deposition Transcript of Janet McNeal

9/5/2002     Geiger & Loria Reporting Service         $ 83.60
          Deposition Transcript of James Hazen

11/15/2002  Pay to Geiger & Loria Reporting Service       $ 78.70
          Deposition Transcript of Robert Murphy, CPA

12/26/2002    Pay to Geiger & Loria Reporting Service    $ 243.20
          Deposition Transcript of Oveta Johnson

1/7/2003 Pay to Precision Reporting, Inc.          $ 920.55
          Deposition Transcript of Gary S. Barach, CPA

---

1/7/2003 Pay to Barach & Company Inc. for attending deposition    $1,100.00

---

11/19/2002  Pay to Boyer & Ritter, CPA         $13,465.00

1/11/03 Pay to Boyer & Ritter, CPA         $ 3,905.00

2/3/03  Pay to Boyer & Ritter, CPA         $ 3,396.00

---

11/6/2002 Pay to Vicki Fox US Court Reporter        $ 104.25
Testimony of Barbara Wilhelm on  9/10, 9/11, and 10/23/02.

1/8/2003  Pay to Vicki Fox, US Court Reporter        $ 282.00
Trial testimony of Brown, Conley, Polek, and Bonney

1/28/2003 Pay to Vicki Fox, US Court Reporter        $ 207.00
(Testimony of Hickes, Simmers, Rain, and Horgas)

1/9/2003 Pay to Vicki Fox, US Court Reporter        $ 270.00
Testimony of Miller, Evanko and Coury

2/13/2003 Pay to Vicki Fox, US Court Reporter        $ 633.00
Transcript of entire hearing on equitable relief held on 1/31/03

| | | |
|---|---|---|
| 9/3/2002 | Displays & Graphics<br>Plaintiff Exhibit #1 at Trial, on` PSP Organizational Chart. | $ 54.06 |

| | | |
|---|---|---|
| 8/30/02 | The Phillips Group<br>Plaintiff Exhibit Stickers | $  4.23 |

| | | |
|---|---|---|
| 2/8/2002 | Susquehanna Internal Medicine Associates<br>Copy Medical Records for Defendants | $ 22.78 |

| | | |
|---|---|---|
| 1/28/2002 | Fifth Street Parking Garage<br>Attend Morris Deposition | $ 12.00 |
| 1/31/2002 | Fifth Street Parking Garage<br>Attend my Deposition | $ 12.00 |
| 9/4/2002 | Fifth Street Parking Garage<br>Attend Jury Selection | $  6.00 |
| 9/9/2002 | Fifth Street Parking Garage<br>Attend Trial | $ 12.00 |
| 9/10/2002 | Fifth Street Parking Garage<br>Attend Trial | $ 12.00 |
| 9/11/2002 | Fifth Street Parking Garage<br>Attend Trial | $ 12.00 |
| 9/12/2002 | Fifth Street Parking Garage<br>Post Trial | $  2.00 |
| 10/23/2002 | Fifth Street Parking Garage<br>Attend Equity Hearing | $  4.00 |
| 11/15/2002 | Walnut Street Parking Garage<br>Attend Murphy Deposition | $  5.00 |
| 1/31/03 | Walnut Street Parking Garage<br>Attend Equity Hearing | $ 12.00 |

| | | | |
|---|---|---|---|
| 6/13/2001 | Mail Boxes etc.<br>(492 Copies) | $ | 26.08 |
| 6/14/2001 | Mail Boxes etc.<br>(208 Copies) | $ | 11.02 |
| 6/14/2001 | Mail Boxes etc.<br>(8 Laminates/binding) | $ | 12.72 |
| 6/15/2001 | Mail Boxes etc.<br>(637 Copies / 5 laminates/binding) | $ | 52.84 |
| 8/7/2001 | Mail Boxes etc.<br>(5 office supplies) | $ | 2.07 |
| 8/7/2001 | Mail Boxes etc.<br>(249 Copies) | $ | 13.20 |
| 8/10/2001 | Mail Boxes etc.<br>(21 Copies) | $ | 2.67 |
| 11/9/2001 | Mail Boxes etc.<br>(59 Copies) | $ | 5.00 |
| 4/15/2002 | Mail Boxes etc.<br>(188 Copies and laminate) | $ | 13.67 |
| 5/8/2002 | Mail Boxes etc.<br>(1,073 Copies/ 4 Office Supplies) | $ | 52.46 |
| 6/6/2002 | Mail Boxes etc.<br>(1,322 Copies) | $ | 49.05 |
| 8/16/2002 | Mail Boxes etc.<br>(326 Copies) | $ | 17.28 |
| 9/3/2002 | Mail Boxes etc.<br>(2748 Copies / 8 office supplies) | $ | 105.34 |
| 10/21/2002 | Mail Boxes etc.<br>(13 Copies) | $ | 10.38 |
| 11/14/2002 | Mail Boxes etc.<br>(247 copies / 2 office supplies) | $ | 25.13 |
| 12/24/2002 | Mail Boxes etc. | $ | 1.17 |

(11 Copies)

---

| 1/8/2001 | U.S. Postal Certified Mail | $ 3.76 |
| EEOC | | |

| 8/12/2001 | U.S. Postal Certified Mail | |
| Lt. Col. Coury | | $ 2.67 |
| Barbara Christie | | $ 2.67 |
| Colonel Evanko | | $ 2.67 |
| Captain Simmers | | $ 2.67 |

| 1/16/2002 | U.S. Postal Certified Mail | $ 3.94 |
| EEOC | | |

---