# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| Defendants | : | |

## ORDER

Upon receipt of Plaintiff's Petition for Attorney's fees, it is hereby

Ordered that Plaintiff's petition if granted and plaintiff is awarded Attorney's fees

and costs in the amount of $381,044.55.

**BY THE COURT:**

_____

**SYLVIA RAMBO**
**U.S district Court**
**Middle District of Pennsylvania**