# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## O R D E R

     **AND NOW** this      day of May, 2003, upon consideration of defendant's unopposed motion to enter judgment, the motion is **GRANTED.** The Clerk shall enter judgment in favor of defendants Paul J. Evanko, Thomas K. Coury and Michael D. Simmers and against plaintiff on all claims. The Clerk is further directed to enter judgment in favor of the Pennsylvania State Police on plaintiff's claims in Counts I, II, III, IV, VII of the complaint and on plaintiff's claim of discriminatory discharge in Count V of the complaint. The Clerk is directed to enter judgment in favor of plaintiff based on the jury's verdict in the amount of $250,000 and based on the Court's award of front pay in the amount of $27,148,05. Finally, the Clerk is directed to enter judgment for interest on these awards in accordance with the Court's order of April 9, 2003.

 

_____
**SYLVIA H. RAMBO**
**United States District Judge**