IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** | **CIVIL NO. 1:CV-01-1057** |
| **Plaintiff** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA STATE POLICE,** | |
| **Defendants** | |

### O R D E R

**IT IS HEREBY ORDERED THAT** Defendants' unopposed motion for entry of judgment is **GRANTED**. In accordance with the court's orders of June 28, 2002, February 5, 2003, and April 9, 2003, in addition to the jury's verdict rendered on September 11, 2002, the Clerk of Court is directed to:

(1) enter judgment in favor of Defendants and against Plaintiff on Counts I, II, III, IV, and VI of the complaint;

(2) enter judgment in favor of Plaintiff and against Defendants on Count V in the amount of $280,020.17, plus $12.62 in interest per day until the judgment is satisfied in full; and

(3) keep the case file open until the court has disposed of the currently pending petition for attorney's fees.

s/Sylvia H. Rambo

Sylvia H. Rambo
United States District Judge

Dated: May 8, 2003.