AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Barbara A. Wilhelm
    Plaintiff

V.

Commonwealth of Pennsylvania and
The Pennsylvania State Police
    Defendants

Case No: 1:01-CV-1057

Judge Sylvia H. Rambo

**X**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

         **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on September 11, 2002, judgment be and is hereby entered in favor of the Plaintiff, Barbara A. Wilhelm, and against the Defendants, Commonwealth of Pennsylvania and The Pennsylvania State Police, on count V in the amount of $280,020.17, plus $12.62 in interest per day until the judgment is satisfied in full.

**Date:** May 8, 2003

**Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk