AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**

## JUDGMENT IN A CIVIL CASE

Barbara A. Wilhelm  
    Plaintiff

V.

Commonwealth of Pennsylvania and  
The Pennsylvania State Police  
    Defendants

Case No: 1:01-CV-1057

Judge Sylvia H. Rambo

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Defendants, Commonwealth of Pennsylvania and The Pennsylvania State Police, and against the Plaintiff, Barbara A. Wilhelm, on count I, II, III, IV and VI of the complaint.

**Date:** May 8, 2003

**Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster  
**(By)** Mark J. Armbruster, Deputy Clerk