# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this    day of May, 2003, upon consideration of defendant's unopposed motion for an enlargement of time to file a memorandum in opposition to plaintiff's petition for an award of attorneys' fees and costs, the motion is **GRANTED.** Defendant shall file its memorandum in opposition to plaintiff's petition on or before June 9, 2003.

_____

**SYLVIA H. RAMBO**
**United States District Judge**