IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


**BARBARA A. WILHELM,**   **:**  **CIVIL NO. 1:CV-01-1057**

         **:**

    **Plaintiff**   **:**

         **:**

   **v.**      **:**

         **:**

**COMMONWEALTH OF**    **:**
**PENNSYLVANIA and THE**   **:**
**PENNSYLVANIA STATE POLICE,** **:**

         **:**

   **Defendants**   **:**


# O R D E R


   **IT IS HEREBY ORDERED THAT** Defendants' unopposed motion for enlargement of time to June 9, 2003 to respond to Plaintiff's motion for attorneys' fees is granted.


          s/Sylvia H. Rambo
          Sylvia H. Rambo
          United States District Judge

Dated:  May 27, 2003.