# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,          :
       **Plaintiff**           :
                             :
       **v.**                     :      NO. 1:CV-01-1057
                             :
COMMONWEALTH OF PA.;   :      (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE; :
COLONEL PAUL J. EVANKO,   :
COMMISSIONER; LIEUTENANT  :
COLONEL THOMAS K. COURY; and :
CAPTAIN MICHAEL. D. SIMMERS, :
       **Defendants**         :

## O R D E R

     **AND NOW**, this      day of June, 2003, upon consideration of

defendant's motion for leave exceed the 15 page limit on its brief in opposition to

plaintiff's petition for attorney's fees, the motion is **GRANTED.** Defendant may file

a brief in opposition to plaintiff's petition for attorney's fees and costs  not to exceed

25 pages.


                               _____
                               **SYLVIA H. RAMBO**
                               **United States District Judge**