IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA A. WILHELM,  :
    Plaintiff  :
  :
v.  :   NO. 1:CV-01-1057
  :
COMMONWEALTH OF PA.;  :   (JUDGE RAMBO)
PENNSYLVANIA STATE POLICE;  :
COLONEL PAUL J. EVANKO,  :
COMMISSIONER; LIEUTENANT  :
COLONEL THOMAS K. COURY; and  :
CAPTAIN MICHAEL. D. SIMMERS,  :
    Defendants  :



## ORDER

AND NOW, this 6 day of June, 2003, upon consideration of defendant's motion for leave exceed the 15 page limit on its brief in opposition to plaintiff's petition for attorney's fees, the motion is **GRANTED**. Defendant may file a brief in opposition to plaintiff's petition for attorney's fees and costs not to exceed 25 pages.

                                          _/s/ Sylvia H. Rambo_
                                          **SYLVIA H. RAMBO**
                                          **United States District Judge**