# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### File Number 1:CV-01-1057

FILED

JUN 0 6 2003

PER _____
HARRISBURG, PA.          DEPUTY CLERK

BARBARA A. WILHELM,            :
      Plaintiff            :
                       :
      v.            :      **Notice of Appeal**
                       :      *Judge Rambo*
COMMONWEALTH OF PA. and            :
PENNSYLVANIA STATE POLICE            :

Notice is hereby given that Barbara A. Wilhelm, plaintiff in the above named case, hereby appeals to the United State Court of Appeals for the Third Circuit from an order, and the February 5, 2003 order referenced in said order, directing the Clerk of Court to enter judgment in favor of the defendants and against plaintiff on Counts I, II, III, IV, and VI of the complaint, and enter judgment in favor of plaintiff and against defendants on Count V in the amount of $280,020.17, plus $12.62 in interest per day until judgment is satisfied in full entered in this action on the 8th day of May 2003.

Respectfully submitted,

*Nathan C. Pringle*

Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for plaintiff