ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, <br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF PA.; <br> PENNSYLVANIA STATE POLICE; <br><br> Defendants | : <br> : <br> : <br> : NO. 1:CV-01-1057 <br> : <br> : (JUDGE RAMBO) <br> : <br> : <br> : |

FILED
HARRISBURG
JUN 19 2003
MARY E. D'ANDREA
Per _____
Deputy Clerk

### PLAINTIFF'S UNCONTESTED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF PETITION FOR ATTORNEY'S FEES AND COSTS

Pursuant to Fed.R.Civ.P. 6(b), plaintiff, Barbara A. Wilhelm, by and through her attorney, Nathan C. Pringle, Jr., respectfully requests an enlargement of time of three days, to and including June 27, 2003, to file plaintiff's reply memorandum in support of petition for attorney's fees and costs, and in support thereof, sets forth the following:

1. On June 9, 2003, defendants filed a memorandum in opposition to plaintiff's petition for attorney's fees and costs.

2. Plaintiff's reply memorandum in support of the petition of attorney's fees and costs is due on June 23, 2003.

3.  Plaintiff's counsel's current workload has made difficult to provide an adequate response to defendants' memorandum, which is 35 pages in length, and includes hundreds of pages of supporting documentation.

4.  A delay of four days in filing the memorandum will not prejudice the rights of the defendants.

5.  Counsel for plaintiff has contacted defendants' counsel, Susan J. Forney, who has no objection.

**WHEREFORE**, the plaintiff, Barbara A. Wilhelm, respectfully requests an enlargement of time of four days, to and including June 27, 2003, to file a reply brief in support of petition for attorney's fees and costs.

Respectfully Submitted,

Nathan C. Pringle, Jr.
Attorney I. D. Number 30142
3601 North Progress Avenue
Suite 200
Harrisburg, PA 17110
(717) 909-8520
Attorney for Plaintiff

June 19, 2003

# **CERTIFICATE OF SERVICE**

I, Nathan C. Pringle, Jr., hereby certify that on June 19, 200, I caused to be delivered by first class mail a copy of the foregoing document entitled Plaintiff's Uncontested Motion for an Enlargement of Time to File Reply Memorandum in Support of Petition for Attorney's Fees and Cost upon the following:

Susan J. Forney
Chief Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120


Nathan C. Pringle, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, **Plaintiff** : | |
| v. : | NO. 1:CV-01-1057 |
| COMMONWEALTH OF PA.; PENNSYLVANIA STATE POLICE; COLONEL PAUL J. EVANKO, COMMISSIONER; LIEUTENANT COLONEL THOMAS K. COURY; and CAPTAIN MICHAEL. D. SIMMERS, **Defendants** : | (JUDGE RAMBO) |

## CERTIFICATE OF CONCURRENCE

Nathan C. Pringle, Esquire, counsel for the plaintiff, certified that on June 18, 2003, he spoke with Susan J. Forney, Esquire, counsel for defendants, regarding an enlargement of file a reply memorandum in support of petition for attorney's fees and costs. Ms. Forney has no objection to this request.

Respectfully Submitted,

*/s/ Nathan C. Pringle*
Nathan C. Pringle, Jr.