UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, : | |
| **Plaintiff** : | |
| : | |
| v. : | NO. 1:CV-01-1057 |
| : | |
| COMMONWEALTH OF PA.; : | (JUDGE RAMBO) |
| PENNSYLVANIA STATE POLICE; : | |
| COLONEL PAUL J. EVANKO, : | |
| COMMISSIONER; LIEUTENANT : | |
| COLONEL THOMAS K. COURY; and : | |
| CAPTAIN MICHAEL. D. SIMMERS, : | |
| **Defendants** : | |

## ORDER

Upon consideration of plaintiff's uncontested motion for an enlargement of time to file a reply memorandum in support of petition for attorney's fees and costs, it is hereby

ORDERED, that the motion for an enlargement of time is granted. It is hereby further

ORDERED, that the plaintiff may file a reply memorandum in support of petition for attorncy's fees and costs no later than June 27, 2003..

**BY THE COURT:**

**SYLVIA H. RAMBO**
**United States District Judge**

DATED: