IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**BARBARA A. WILHELM,** : **CIVIL NO. 1:CV-01-1057**
:
**Plaintiff** :
:
v. :
:
**COMMONWEALTH OF** :
**PENNSYLVANIA and THE** :
**PENNSYLVANIA STATE POLICE** :
:
**Defendants** :

**O R D E R**

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for an enlargement of time to file a reply brief in support of her petition for attorney's fees and costs is **GRANTED**. Plaintiff shall file her reply brief no later than June 27, 2003.

                                           s/Sylvia H. Rambo
                                           Sylvia H. Rambo
                                           United States District Judge

Dated: June 20, 2003.