## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NO. 1:CV-01-1057** |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW,** this           day of            , 2003, upon consideration of plaintiff's motion to grant leave to file a reply memorandum in support of plaintiff's petition for attorneys' fees and costs, the motion is **GRANTED**. The plaintiff may file a reply memorandum in support of plaintiff's petition for attorneys' fees and costs not to exceed 30 pages.

_____
**SYLVIA H. RAMBO**
**United States District Judge**