IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** | **CIVIL NO. 1:CV-01-1057** |
| **Plaintiff** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA STATE POLICE** | |
| **Defendants** | |

## O R D E R

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for leave to file a reply brief in excess of fifteen pages is **GRANTED** *NUNC PRO TUNC*.

                                                    s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge

Dated: July 7, 2003.