IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** : **CIVIL NO. 1:CV-01-1057** | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA and THE** : | |
| **PENNSYLVANIA STATE POLICE,** : | |
| : | |
| **Defendants** : | |

## O R D E R

The background of this order is as follows:

On May 5, 2003, Plaintiff filed a petition for an award of attorney's fees and costs. A supporting brief was filed on May 7, 2003. Defendants filed a brief in opposition to the motion on June 9, 2003. The opposition brief objected to unidentified research. On June 30, 2003, Plaintiff filed a reply at which time the unidentified research was identified. Since Defendants have not had the opportunity to object to this new information, they will be given the opportunity to object to the identified hours.

**IT IS THEREFORE ORDERED THAT** Defendants shall have until July 28, 2003 in which to file objections to the information regarding the research issue set forth at page 4 and the top of page 5 in Plaintiff's reply brief. No response to the objections will be permitted.

    s/Sylvia H. Rambo
    Sylvia H. Rambo
    United States District Judge

Dated: July 18, 2003.