

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 1:CV-01-1057 |
| | : | |
| COMMONWEALTH OF | : | (JUDGE RAMBO) |
| PENNSYLVANIA and the | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

JUL 28 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO INFORMATION CONTAINED IN PLAINTIFF'S REPLY BRIEF FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Defendants move this Court for a one-day enlargement of time in which to file objections to information regarding research issues set forth at pages 4 and 5 of plaintiff's reply brief for an award of attorney's fees and costs. In support of this motion, defendants state the following:

1. By order dated July 18, 2003, the Court gave defendants until July 28, 2003, to file objections to information contained in a portion of plaintiff's reply brief regarding attorneys fees and costs.

2. Susan J. Forney, counsel for defendants, is out of the office today, July 28, 2003, and will be unable to file the objections by the Court's deadline.