IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>Plaintiff : | |
| : | |
| v. : | NO. 1:CV-01-1057 |
| : | |
| COMMONWEALTH OF : <br>PENNSYLVANIA and the : <br>PENNSYLVANIA STATE POLICE, : <br>Defendants : | (JUDGE RAMBO) |

## O R D E R

**AND NOW,** this        day of                  , 2003, upon consideration of defendants' uncontested motion for enlargement of time to file objections to information contained in plaintiff's reply brief for an award of attorney's fees and costs, the motion is **GRANTED**. Defendants shall file their objections no later than July 29, 2003.

BY THE COURT:

_____
**SYLVIA H. RAMBO**
**United States District Judge**