IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA A. WILHELM,** | **CIVIL NO. 1:CV-01-1057** |
| **Plaintiff** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA, and the PENNSYLVANIA STATE POLICE,** | |
| **Defendants** | |

## O R D E R

**IT IS HEREBY ORDERED THAT** Defendants' motion for an enlargement of time to file objections to information contained in Plaintiff's reply brief for an award of attorney's fees and costs is **GRANTED**. Defendants shall file their objections no later than July 30, 2003.

                                                   s/Sylvia H. Rambo
                                                   Sylvia H. Rambo
                                                   United States District Judge

Dated: July 29, 2003.