IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 1:CV-01-1057 |
| | : | |
| **COMMONWEALTH OF PA.;** | : | **(JUDGE RAMBO)** |
| **PENNSYLVANIA STATE POLICE;** | : | |
| **COLONEL PAUL J. EVANKO,** | : | |
| **COMMISSIONER; LIEUTENANT** | : | **Electronically Filed** |
| **COLONEL THOMAS K. COURY; and** | : | |
| **CAPTAIN MICHAEL. D. SIMMERS,** | : | |
| **Defendants** | | |

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration, it is hereby ORDERED, that the plaintiff's motion is GRANTED.

                                        **BY THE COURT:**

                                        _____

                                        **SYLVIA H. RAMBO**

Dated:                             **United States District Court Judge**