# **EXHIBIT A**

UNSWORN DECLARATION

NATHAN C. PRINGLE, JR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>    Plaintiff | : | |
| | : | |
| v. | : | NO. 1:CV-01-1057 |
| | : | |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>    Defendants | : | (JUDGE RAMBO)<br><br>Electronically Filed |

## UNSWORN DECLARATION OF
## NATHAN C. PRINGLE, JR., ESQUIRE

I, Nathan C. Pringle, Jr., hereby affirm that the following is true and correct, under penalty of perjury:

1. On January 30, 2003, I received telephone call from counsel for the Pennsylvania State Police, Susan Forney, Esquire, informing me that she was sending a fax some time that day.

2. Ms. Forney did not specify what information was being sent.

3. I received no other communication from Ms. Forney on that day.

4. Upon receiving the call, I advised my secretary that I was expecting a fax, and asked her to alert me when it arrived. I left my office at approximately 5:00 p.m.

5. I was never advised that a fax had arrived.

6. The equitable hearing was scheduled for early morning on January 31, 2003.

7. I did not report to my office, and went straight to the hearing.

8. After seeing Exhibit 94, and learning about the position with the Department of Corrections as Deputy Press Secretary, for the first at the hearing, I returned to my office to determine if I had ever received the fax.

9. I found that the fax was sent at 5:14 p.m. I learned this by reading the time-stamp at the bottom of the cover page. It shows that the fax was sent from the Pennsylvania Attorney General at 17:14 hours on January 30, 2003.

10. As a former attorney for the Governor's Office, I know that most personnel offices for the Commonwealth of Pennsylvania are closed for business after 5:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

_____  1/26/04
Nathan C. Pringle, Jr.                Date