# FAX COPY OF EXHIBIT 94, WITH COVER SHEET



**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**

# FAX TRANSMISSION SHEET
## RUSH DELIVERY

MIKE FISHER
ATTORNEY GENERAL

Litigation Section
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 787-9831
FAX: (717) 772-4526

**TO:** Nathan C. Pringle, Jr., Esquire

**AT FAX NO:** 717-909-8550

**DATE:** January 30, 2003          **TIME:** 4:15 pm

**SUBJECT:** *Wilhelm v. PSP, et al.*
No. 1:CV-01-1057 (M.D.Pa.)

**FROM:** Susan J. Forney
Chief Deputy Attorney General

**COMMENTS:** Please see the attached.

Attachment

### CONFIDENTIALITY NOTICE

This communication is intended for the exclusive use of the individual or entity to which it is addressed. This message contains information from the Pennsylvania Office of Attorney General which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Page 1 of 6 Pages

366.

# JOB DESCRIPTION

COMMONWEALTH OF PENNSYLVANIA
STD-370   REV. 10-90

| 1. Name of Employe (Last, First, MI) | 2. Employe Number | Position Number |
|---|---|---|
| [redacted] | 516897 | 22 466 |

| 3. Department | Bureau | Division | Headquarters | Organization Code |
|---|---|---|---|---|
| Corrections | Press Office | | Camp Hill | 1000 |

| 4. Class Title | Working Title | Class Code |
|---|---|---|
| Information Specialist | Deputy Press Secretary | 05820 |

**5. Regular Work Schedule**

Start Time: 8:30 AM    Lunch Length: 1 hr.
End Time: 5:00 PM      Hours/Week: 37.50

Position is: [X] Full-Time  [X] Permanent
             [ ] Part-Time  [ ] Temporary

Reports to: Name: Michael Lukens    Class Title: Press Secretary
Administration

Days Worked (check all that apply):
S [ ]  M [X]  T [X]  W [X]  Th [X]  F [X]  S [ ]

Explain any schedule variations: N/A

**6. Describe the work assigned to this position, listing the critical duties and responsibilities first. Explain work in familiar terms and include machines or equipment used. Use additional paper if needed.**

On a daily basis, uses the Internet to review newspaper websites for articles pertaining to Corrections, specifically our department, its institutions, staff and inmates.

Compiles and prepares daily summaries of previously mentioned articles for dissemination to Central Office Executive Staff, institution superintendents and CCC regional directors. Also, uses OUTLOOK to post same information, allowing every DOC staff member with e-mail to access each day's articles. Summary is also sent to a variety of individuals via e-mail on a daily basis.

Utilizes a tracking system to track corrections-related articles. This tracking system helps to show trends in corrections media coverage, as well as eliminate duplicate filing of articles, thus reducing overall filing space needed to manage clippings files.

Reviews the department's website frequently to ensure information is accurate and up-to-date. Also makes recommendations as to what kind of information should be maintained on the website and the format/design of the website.

Responds to requests for information that are sent to the Press Office through the DOC website, and uses a tracking system to monitor responses and their timeliness.

Writes news releases for distribution to all news media.

Writes text for and prepares informational packages for distribution to the media and general public.

Edits and approves institutional news releases to ensure they are grammatically correct and meet with department policy.

Collects, assembles and prepares agency program information and distributes to news media and general public as required.

Writes text for a variety of department publications for distribution to general public and media.

Responds to media requests and requests from the general public for information on department policies, programs, inmate information/location and any other topic raised.

Acts as photographer/videographer at DOC media events when schedule allows.

DEFENDANT'S EXHIBIT 94

7. Briefly describe how work is assigned to this position and how the work is reviewed.

Certain assignments are required on a daily, weekly or monthly basis, however, most if not all of my work is self supervised and requires me to make independent decisions based upon DOC policy and practice. My work usually needs no review and is done independently and without any supervision or review, other work is reviewed mainly at my request to make sure everything is accurate. I receive an annual performance review.

General Responsibilities Statement

8. If this is a supervisory position, briefly describe how work is assigned to subordinate personnel and how the work is reviewed. (If this is not a supervisory position, leave blank.)

#6 (Continued)  Information Specialist                              Page 2

Maintains photo files of department employees, activities, buildings and programs for use in displays or publications or as required by news media or general public.

Develops institutional news media mailing lists and oversees maintenance of lists to ensure information is correct.

Attends senior staff meetings and executive staff meetings in the Press Secretary's or Deputy Press Secretary's absence.

Advises institution public information officers of news media policies and ensures that information being disseminated to the news media or general public is current and adheres to agency rules, regulations and policies.

Coordinates and supervises the planning, scheduling and assembling of displays in the Central Office Lobby.

Assist in planning training sessions for public information officers and back-up PIOs

Updates tear sheets for the ACA Directory on an annual basis.

Reviews and replies to routine correspondence to the Press Office as directed.

Proofreads varying types of materials to ensure that information is grammatically correct, complete, consistent, adheres to agency rules and regulations and meets accepted practice in utilization by the department.

ATTACHMENT A - ORGANIZATIONAL CHART





## ESSENTIAL JOB FUNCTION STATEMENTS

05820 Information Specialist in the Department of Corrections Press Office.

Uses the Internet to gather and distribute articles of interest to DOC staff.

Tracks corrections-related articles.

Reviews DOC's website frequently; makes content recommendations.

Responds to requests for information received via the DOC website.

Writes news releases, text, and informational packages for the media and the public.

Reviews, edits, and approves institutional news releases.

Performs many related duties.

371