# **EXHIBIT D**

01057-SHR    Document 164-4    Filed 01/29/2004

# EXCERPT:
# VACANCY NOTICE GIVEN TO
# BARBARA A. WILHELM

| DEPT NAME | CLASS TITLE | ORG NAME | CLASS CD | RANGE |
|---|---|---|---|---|
| | Ex Asst | Secretary'S Office | 08260 | 09 |
| | Ex Plcy Spcst 1 | Office Of Policy | 16810 | 08 |
| | Ex Plcy Spcst 2 | Office Of Policy | 16820 | 09 |
| | ~~Ex Plcy Spcst 2~~ | ~~Div Measures & Reprt~~ | ~~16820~~ | ~~09~~ |
| | Ex Plcy Spcst 2 | Office Of Policy | 16820 | 09 |
| | Leg Spcst 2 | Government Relations | 07253 | 08 |
| | Leg Spcst 2 | Government Relations | 07253 | 08 |
| *Environmntl Protectn* | | | | |
| | Admin Officer 4 | Off Of Policy & Comm | 08660 | 09 |
| | ~~Ex Asst~~ | ~~Wtr Mgmt~~ | ~~08260~~ | ~~09~~ |
| | Ex Plcy Spcst 2 | Off Of Policy & Comm | 16820 | 09 |
| | Ex Plcy Spcst 2 | Off Of Policy & Comm | 16820 | 09 |
| | Fed Leg Coor Dep | Off Of The Sec'Y | 07247 | 09 |
| | Leg Spcst 2 | Off Of Policy & Comm | 07253 | 08 |
| *Executive Offices* | | | | |
| | Arts Program Specialist 3 | Council On The Arts | 27530 | 08 |
| | Arts Program Specialist 3 | Council On The Arts | 27530 | 08 |
| | Ex Plcy Spcst 2 | Pccd, Dir Off | 16820 | 09 |
| | Ex Plcy Spcst 2 | Pccd, Dir Off | 16820 | 09 |
| | Mgmt Plcy Anl 2 | Bur Mgmt Consulting | 09385 | 09 |
| *Fish And Boat Commission* | | | | |
| | Admin Officer 3 | Lic & Reg | 08650 | 08 |
| *General Services* | | | | |
| | Admin Officer 3 | Fin Admin Div | 08650 | 08 |
| *Health* | | | | |
| | Ex Asst | Office Of The Sec | 08260 | 09 |
| | Ex Plcy Spcst 2 | Policy Office | 16820 | 09 |
| | Physn Gen Stf Asst | Office Of The Sec | 34655 | 09 |
| *Insurance* | | | | |
| | Admin Officer 3 | Pol. Admin. | 08650 | 08 |
| | Leg Spcst 2 | Legis. Office | 07253 | 08 |
| *Labor & Industry* | | | | |
| | Admin Officer 3 | Labor Mgmt Coop Off | 08660 | 08 |

373.