# EXCERPTS FROM EQUITY HEARING:

# BARBARA A. WILHEM

Wilhelm   Recross

1  BY MS. FORNEY:

2  Q    Ms Wilhelm, I am handing you a document which has been

3  marked Defendant Exhibit 94.  Have you ever seen that

4  before?

5           MR. PRINGLE: Excuse me, Your Honor.  Just for the

6  record, I have never seen that document before today.

7           MS. FORNEY: Your Honor, I faxed this document to

8  Mr. Pringle

9           MR. PRINGLE: When did you fax it to me?

10          MS. FORNEY: When I said I was going to.  I told

11 you I had another exhibit, and it was faxed when we talked

12 yesterday.

13          MR. PRINGLE: Your Honor, the problem with faxing

14 a document, we had the same problem before.  It is an

15 uncertain method of communicating with me.  What I did - the

16 way it works in my office --

17          THE COURT: It's a lot faster than mail.

18          MR. PRINGLE: At least, she could have told me

19 what the position was.

20          MS FORNEY: Mr Pringle, I told you I was going

21 to fax you the document  You were expecting a document from

22 me.

23          MR. PRINGLE: The problem with sending it -- you

24 sent it to me what day?  Was it yesterday?

25

122.

1       MS. FORNEY: Whenever we discussed exhibits, and
2  you told me about some exhibits that you were going to be
3  presenting.
4       MR. PRINGLE: Then that was yesterday. Yesterday
5  afternoon, she said she was going to fax additional
6  documents. Unfortunately, the way faxes are received in my
7  office, they go to a server. Once the server receives the
8  documents, they then mail it to me specifically to my
9  desktop.
10      In this case, I notified the secretary that
11 e-mails would be -- faxes would be coming in. I never got
12 this document.
13      My point is that Ms. Wilhelm cannot testify about
14 a document that I haven't seen and she --
15      THE COURT: Sustain the objection.
16      MS. FORNEY: Your Honor, my only question was had
17 she seen it before. No other questions, Your Honor.
18      THE COURT: I will permit you to question only
19 about the last offer of reinstatement.
20                  REDIRECT EXAMINATION
21 BY MR. PRINGLE:
22 Q    Ms. Wilhelm, with respect to the offer of reinstatement
23 described in the letter from Ms. Forney, did you read that
24 letter?
25 A    I did refresh myself on it briefly, yes.

123.