UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM, : | |
|     Plaintiff : | |
| : | |
| v. : | NO. 1:CV-01-1057 |
| : | |
| COMMONWEALTH OF PA.; : | (JUDGE RAMBO) |
| PENNSYLVANIA STATE POLICE; : | |
| COLONEL PAUL J. EVANKO, : | Electronically Filed |
| COMMISSIONER; LIEUTENANT : | |
| COLONEL THOMAS K. COURY; and : | |
| CAPTAIN MICHAEL. D. SIMMERS, : | |
|     Defendants : | |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Payment of Damages, Attorney's Fees and Costs Plus Interest, it is hereby ORDERED, Plaintiff's motion is GRANTED.

It is hereby further ORDERED, that within fourteen days of this order the Pennsylvania State Police shall pay Ms. Wilhelm: 1) All owed monetary damages plus interest at the daily rate set forth in this Court's order of May 8, 2003; and 2) All owed attorney's fees and costs plus interest commencing August 15, 2003 at the following daily rate:

BY THE COURT:

_____
**SYLVIA H. RAMBO**
United States District Court Judge

Dated: