IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA A. WILHELM,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 1:CV-01-1057 |
| | : | |
| **COMMONWEALTH OF** | : | (JUDGE RAMBO) |
| **PENNSYLVANIA and the** | : | |
| **PENNSYLVANIA STATE POLICE,** | : | |
| Defendants | : | Electronically Filed |

**DOCUMENTS IN SUPPORT OF
DEFENDANT'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Respectfully submitted,

GERALD J. PAPPERT
Attorney General

BY:   /s/ Susan J. Forney
SUSAN J. FORNEY
Chief Deputy Attorney General
I.D. No. 27744

**Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-9831- Direct
(717) 772-4526 - Fax**

**DATED: February 17, 2004**

# CERTIFICATE OF SERVICE

I, **SUSAN J. FORNEY**, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on February 17, 2004, I caused to be electronically filed the foregoing document entitled **Documents in Support of Defendants' Memorandum in Opposition to Plaintiff's Motion for Reconsideration,** by serving same upon the following:

**Nathan C. Pringle, Jr., Esquire**
**3601 North Progress Avenue, Suite 200**
**Harrisburg, PA  17110**
*service via electronic mail*


                                                     /s/ Susan J. Forney
**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**I.D. No. 27744**