# Third Circuit Order of 2/13/04

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 13, 2004
B-43

No. 03-2691

BARBARA A. WILHEIM,

Appellant

v.

COMMONWEALTH OF PA., et al

(MD of PA - DC No. 01-CV-1057)

RECEIVED
Office of Attorney General
FEB 17 2004
Litigation Section

**Present:** NYGAARD, BARRY and SMITH, Circuit Judges

Motion by Appellant to Stay Appellate Proceedings Pending Disposition of Appellant's Motion for Reconsideration Before the District Court.

**Answer by Appellees to above motion.**

Carolyn Hicks, Case Manager
267-299-4926

_____ **ORDER** _____

**The foregoing** motion is denied.

By the Court,

/s/ Richard L. Nygaard
**Circuit Judge**

Dated: February 13, 2004

**CH/cc:** Nathan C. Pringle Jr., Esq.
Susan J. Forney, Esq.