IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA A. WILHELM,<br>　　　Plaintiff | : | |
| | : | |
| v. | : | NO. 1:CV-01-1057 |
| | : | |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>　　　Defendants | : | (JUDGE RAMBO)<br><br><br><br><br><br>Electronically Filed |

## ORDER

AND NOW, this ____ day of March, 2004, upon consideration of plaintiff's Motion to Compel Payment of Judgment, Attorneys' Fees and Costs Plus Interest, the motion is **DENIED.**

Defendant shall pay interest on the award of attorneys' fees and costs, however, at a rate of 1.26% from the date the award was entered until it is paid in full.

_____
**SYLVIA H. RAMBO**
**United States District Judge**