IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA A. WILHELM,<br>    Plaintiff | : <br> : <br> : |
| v. | :    NO. 1:CV-01-1057 <br> : |
| COMMONWEALTH OF PA.;<br>PENNSYLVANIA STATE POLICE;<br>COLONEL PAUL J. EVANKO,<br>COMMISSIONER; LIEUTENANT<br>COLONEL THOMAS K. COURY; and<br>CAPTAIN MICHAEL. D. SIMMERS,<br>    Defendants | :    (JUDGE RAMBO) <br> : <br> : <br> : <br> : <br> : <br> : |

## O R D E R

AND NOW, this      day of                , 2004, upon consideration of defendants' Motion for Reconsideration of the order of March 26, 2004, the motion is **GRANTED.** Defendants shall pay plaintiff interest on the award of attorneys fees and costs at an annual rate of 1.26%. Defendants shall pay interest at the rate of $7.53 per day on the award of attorneys' fees from the date of the award until the award is paid in full; and, they shall pay interest at a rate of $.96 per day on the award of costs from the date of the award until the award is paid in full.

In addition the order of March 26, 2004 is vacated in so far as it related to the interest payable on the awards of attorneys' fees and costs.

Interest shall be paid in accordance with this order no later than 20 days from the date of this order.

 

                                                 _____
                                                 **SYLVIA H. RAMBO**
                                                 **United States District Judge**