# CERTIFICATE OF CONCURRENCE / NONCONCURRENCE

I hereby certify that a phone call was placed to plaintiff's counsel regarding the foregoing Defendants' Motion for Reconsideration of Order Granting Post Judgment Interest, but he was unavailable and has not responded.

    /s/ Susan J. Forney
SUSAN J. FORNEY
**Chief Deputy Attorney General**