UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-2691

BARBARA A. WILHELM,
Appellant

v.

COMMONWEALTH OF PA;
PENNSYLVANIA STATE POLICE;
PAUL J. EVANKO, COMMISSIONER;
THOMAS K. COURY;
MICHAEL D. SIMMERS

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cv-01057)
District Judge: Honorable Sylvia H. Rambo

Submitted Under Third Circuit LAR 34.1(a)
on May 24, 2004

BEFORE: ROTH and STAPLETON, Circuit Judges, and
SCHWARZER,[*] Senior District Judge

## JUDGMENT

This case came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was Submitted Under Third Circuit LAR 34.1(a) on May 24, 2004;

On consideration whereof,

---

[*] The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated May 8, 2003, be and the same is hereby affirmed. Costs are taxed against appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brown*
Acting Clerk

Dated: December 21, 2004

```
Certified as a true copy and issued in lieu
of a formal mandate on January 12, 2005

Teste:      Marcia M. Waldron
Clerk, U.S. Court of Appeals
        For the Third Circuit.
```